UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONITA M. BROWN,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )    Case No.: 1:06-CV-01417- (RWR) |
| GEORGETOWN UNIVERSITY HOSPITAL<br>MEDSTAR HEALTH,<br>    Defendants. | )<br>)<br>)<br>)<br>) |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendants Georgetown University Hospital ("GUH") and MedStar Health Inc. ("MedStar"), and Plaintiff Bonita M. Brown ("Plaintiff"), by and through counsel, and pursuant to Federal Rules of Civil Procedure 6(b) and 15(a), hereby respectfully request this Court for an Order granting an enlargement of time for Plaintiff to amend her complaint and Defendant GUH to answer or otherwise respond to Plaintiff's anticipated second amended complaint. In support of this *Consent Motion for Enlargement of Time*, Plaintiff and GUH state as follows:

1. On or about August 10, 2006, Plaintiff filed a three-count, nine-page *Complaint For Damages And Equitable Relief* against GUH and MedStar alleging discrimination and retaliation based on race, wrongful termination and breach of contract.

2. On or about August 16, 2006, Plaintiff filed a four-count, ten-page *First Amended Complaint For Damages And Equitable Relief* ("First Amended Complaint") against GUH and MedStar alleging discrimination and retaliation based on race, wrongful termination, breach of contract and intentional infliction of emotional distress.

3. Thereafter, on September 20 and 26, 2006, Defense counsel informed opposing counsel that the Plaintiff is a former employee of GUH and that GUH is the appropriate party-

Defendant in this matter—not MedStar. Defense counsel also agreed that they will consent to an amendment of Plaintiff's current pleading that removes MedStar from the same so that the parties may avoid a costly motion practice to dismiss MedStar from this matter.

4. Based upon the foregoing, and in the interest of economy, Plaintiff's counsel agreed to amend the currently filed First Amended Complaint to remove and dismiss MedStar as a named party-defendant in the above-referenced matter. GUH consents to such amendment.

5. Plaintiff, therefore, respectfully requests that this Court grant an extension of time for her to amend the complaint to remove and dismiss MedStar from the pleading and file a second amended complaint within thirty (30) days of this Court's entry of an Order to enlarge time or, on or before Friday, October 27, 2006.

6. Similarly, GUH also respectfully requests that this Court grant an extension of time for it to answer or otherwise respond to the anticipated second amended complaint and file an answer or responsive pleading to the same within twenty-one (21) days from the date of service of the anticipated second amended complaint.

7. Plaintiff's counsel consents to the relief requested in this Motion and agrees to permit Defense counsel to sign on their behalf.

WHEREFORE, Defendants Georgetown University Hospital and MedStar Health Inc. and Plaintiff Bonita M. Brown, pursuant to Federal Rules of Civil Procedure 6(b) and 15(a), hereby respectfully request that this Court grant this joint *Consent Motion for Enlargement of Time*.

Date: September 27, 2006                     Respectfully submitted,

_____
Keith J. Harrison (Bar No. 416755)
Trina L. Fairley (Bar No. 454102)
KING, PAGANO & HARRISON
1730 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20006
Ph: (202) 371-6800
Fax: (202) 371-6770

*Counsel for Georgetown University Hospital*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2006, a copy of the foregoing document, CONSENT MOTION FOR ENLARGEMENT OF TIME was served by electronic filing and first class mail postage prepaid, upon the following individual:

>Reuben B. Collins, II (Bar No. 14561)
>Collins & Talley LLC
>201 Centennial Street, A-2
>P.O. Box 1857
>La Plata, Maryland 20646
>Ph: (301) 934-4366
>Fax: (301) 934-1668
>*Counsel for Plaintiff Bonita M. Brown*

_____
Towanna Burthey