UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BONITA M. BROWN, )
    Plaintiff, )
)
v. ) Case No.: 1:06-CV-01417- (RWR)
)
GEORGETOWN UNIVERSITY HOSPITAL )
MEDSTAR HEALTH, )
    Defendants. )
)

### ORDER

UPON REVIEW of the *Consent Motion For Enlargement Of Time*, the parties' request for additional time in which to file an amended complaint and answer or otherwise respond to the same, it is

ORDERED that the *Consent Motion For Enlargement Of Time* is GRANTED, and it is FURTHER ORDERED that the time in which Plaintiff Bonita M. Brown may file a Second Amended Complaint is extended to Friday, October 27, 2006, and that the time in which Defendant, Georgetown University Hospital may file an answer or otherwise respond to the anticipated second amended complaint is extended to twenty-one (21) days after the date of service of the anticipated second amended complaint.

Dated: _____

_____
The Honorable Richard W. Roberts
U.S. District Court for the District of Columbia