CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**  **ATTORNEY (PRO SE) FIX SPECIALIST:**

- G  Add Attorney and address to system
- G  Pro Se moved to new address

**SYSTEMS OFFICE:**

- G  Firm moved to new address    G  Verified    G  Attorney moved to new address
- G  Address correction/modification    G  Attorney has multiple addresses
- G  Person Name change/correction

**ATTORNEY ADMISSION OFFICE:**

- G  Firm Name change/correction    G  Pro Hac Vice    G  Attorney listed with Aprovisional flag
- G  Create Flag:    G  Pro Bono    G  Government    G  Gvt Not Certified    G  RTC Attorney
- G  Other:    G  Create flag:    G  Attorney listed with Aincomplete flag    G  Pro Se

Case No.: **1:06CV01417**    (Attorney)    Prisoner ID No.:

Bar ID No.: **488983**

Name: **DANIEL M. CREEKMAN**

**OLD ADDRESS:**

Office: **King Pagano Harrison**

Unit:

Address: **1730 Pennsylvania Ave., NW**
**Suite 900**

City: **Washington**    State: **DC**    Zip: **20006**

Telephone: **202-371-6800**

**NEW ADDRESS:**

Office: **Crowell & Moring, LLP**

Unit:

Address: **1001 Pennsylvania Ave., NW**