# ATTORNEY ADDRESS CORRECTION REQUEST

CO-1509 (Rev. 1/94)

**UNIT REPRESENTATIVE:**

- G Add Attorney and address to system

**SYSTEMS OFFICE:**

- ☑ Firm moved to new address                    G Verified
- G Address correction/modification
- G Person Name change/correction
- ☑ Firm Name change/correction                  G Pro Bono        G Pro Hac Vice
- G Create Flag:
- G Other: _____

**ATTORNEY (PRO SE) FIX SPECIALIST:**

- G Pro Se moved to new address
- G Attorney moved to new address
- G Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**

- G Create flag:
- G Government              G Gvt Not Certified       G RTC Attorney
- G Attorney listed with a provisional flag
- G Attorney listed with an incomplete flag

Case No.: 1:06cv01417
Bar ID No.: 464102
Name: TRINA L. FAIRLEY                    (G Attorney)    G Pro Se    Prisoner ID No.: _____

**OLD ADDRESS:**
Office: KING PAGANO HARRISON
Unit: _____
Address: 1730 Pennsylvania Ave., NW
Suite 900
City: Washington    State: DC    Zip: 20006
Telephone: 202-371-6800

**NEW ADDRESS:**
Office: Crowell & Moring, LLP
Unit: _____
Address: 1001 Pennsylvania Ave., NW