CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**

☐ Add Attorney and address to system

**SYSTEMS OFFICE:**

☒ Firm moved to new address
☐ Address correction/modification
☐ Person Name change/correction
☒ Firm Name change/correction
☐ Create Flag:    ☐ Pro Bono    ☐ Pro Hac Vice    ☐ Verified
☐ Other:

**ATTORNEY (PRO SE) FIX SPECIALIST:**

☐ Pro Se moved to new address
☐ Attorney moved to new address
☐ Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**

☐ Create flag:
☐ Government    ☐ Gvt Not Certified    ☐ RTC Attorney
☐ Attorney listed with A provisional flag
☐ Attorney listed with A incomplete flag

Case No.: 1:06cv01417    ☐ (Attorney)    ☐ Pro Se
Bar ID No.: 416755    Prisoner ID No.: 
Name: Keith J. Harrison

**OLD ADDRESS:**
Office: King Pagano Harrison
Unit:
Address: 1730 Pennsylvania Ave., NW
         Suite 900
City: Washington    State: DC    Zip: 20006
Telephone: 202-371-6800

**NEW ADDRESS:**
Office: Crowell & Moring, LLP
Unit:
Address: 1001 Pennsylvania Ave., NW