IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONITA M. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGETOWN UNIVERSITY HOSPITAL<br>MEDSTAR HEALTH,<br><br>    Defendants. | Case No.: 1:06-CV-01417- (RWR) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF LESLIE J. GOGAN, ESQ.

Defendant Georgetown University Hospital and Medstar Health, Inc., respectfully request that this Court enter an Order permitting Leslie J. Gogan to appear and practice before this Court *pro hac vice* in the above-captioned matter based on the following facts:

1.  Leslie Gogan is an associate in the Washington, D.C. office of the law firm of Crowell & Moring, LLP. She is licensed to practice law in the State of Illinois and the District of Columbia. She was admitted to practice in Illinois on November 6, 2003 and in the District of Columbia on December 16, 2006. Ms. Gogan will serve as co-counsel for the Defendant in this action.

2.  Ms. Gogan is a member in good standing of the Illinois and District of Columbia bars. Ms. Gogan is not now, and has not ever been, under any Order of Discipline by the Illinois bar, the District of Columbia bar, or any other bar.

3.  As to matters arising during or pertaining to the above-entitled case, Ms. Gogan submits herself to the full disciplinary powers of this Court to the same extent as if she were fully admitted to practice in this Court and in the State of Illinois.

Respectfully submitted,

Dated: March 19, 2007

__/s/ Keith J. Harrison__
Keith J. Harrison (D.C. Bar No. 416755)
CROWELL & MORING, LLP
1001 Pennsylvania Ave., N.W., 11th Floor
Washington, D.C. 20004
(202) 624-2500
(202) 628-5116

*Counsel for Georgetown University Hospital MedStar Health, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of march, 2007, a copy of the foregoing document, MOTION FOR ADMISSION, *PRO HAC VICE* was served by electronic filing and first class mail postage prepaid, upon the following individual:

        Reuben B. Collins, II (Bar No. 14561)
        Collins & Talley LLC
        201 Centennial Street, A-2
        P.O. Box 1857
        La Plata, Maryland 20646
        Ph: (301) 934-4366
        Fax: (301) 934-1668
        *Counsel for Plaintiff Bonita M. Brown*

                /s/
Towanna Burthey