UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONITA M. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>GEORGETOWN UNIVERSITY HOSPITAL<br>MEDSTAR HEALTH,<br><br>Defendants. | Case No.: 1:06-CV-01417- (RWR) |

## ORDER

UPON CONSIDERATION of the party's Motion to admit *pro hac vice* Leslie J. Gogan, Esq. as a member in good standing of the District of Columbia and the State of Illinois, to practice before this Court in connection with the above-captioned matter,

PURSUANT TO Rule _____ of the Rules Governing Admission to the Bar of District of Columbia , it is hereby ORDERED that Leslie J. Gogan, Esq. be admitted *pro hac vice* to practice before this Court in connection with the above-captioned matter.

Dated: _____    _____
   Judge, United States District Court for the
   District of Columbia

Copies to:

Reuben B. Collins, II (Bar No. 14561)
Collins & Talley LLC
201 Centennial Street, A-2
P.O. Box 1857
La Plata, Maryland 20646
Ph: (301) 934-4366
Fax: (301) 934-1668