IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONITA M. BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGETOWN UNIVERSITY HOSPITAL )<br>MEDSTAR HEALTH, )<br>)<br>Defendants. )<br>) | Case No.: 1:06-CV-01417- (RWR) |

## CERTIFICATION

Pursuant to Rule 46 of the District of Columbia Court of Appeals, I hereby certify that I am admitted to the bar in the District of Columbia and am a member in good standing.

Dated: March 16, 2007

Respectfully submitted,

_____
Keith J. Harrison (D.C. Bar No. 416755)
CROWELL & MORING, LLP
1001 Pennsylvania Ave., N.W., 11th Floor
Washington, D.C. 20004
(202) 624-2500
(202) 628-5116

*Counsel for Georgetown University Hospital MedStar Health, Inc.*