IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONITA M. BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>GEORGETOWN UNIVERSITY HOSP., )<br>)<br>Defendant. )<br>) | Case No.: 1:06-CV-01417<br>(RWR) |

**DECLARATION OF LESLIE J. GOGAN, ESQ.**
**SUPPLEMENT TO MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2 (d) of the United States District Court for the District of Columbia, I declare the following:

1) My name is Leslie Jean Gogan;

2) My office address is 1001 Pennsylvania Avenue, N.W. Washington, DC 20004, and my office telephone number is (202)624-2859;

3) I am an admitted member of the Illinois State Bar, the bars of the United States District Courts for the Northern, Central and Southern Districts of Illinois and the District of Columbia Bar;

4) I have not been disciplined by any bar;

5) I have never been admitted *pro hac vice* in this Court within the last two years; and

6) I engage in the practice of law at Crowell & Moring at the offices located in the District of Columbia at the above-cited address and I was admitted to the District of Columbia Bar on December 16, 2006.

Dated: April 10, 2007

Respectfully submitted,

Leslie J. Gogan (D.C. Bar No. 501730)
CROWELL & MORING, LLP
1001 Pennsylvania Ave., N.W., 11th Floor
Washington, D.C. 20004
(202) 624-2500
(202) 628-5116

*Counsel for Georgetown University Hospital*