IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BONITA M. BROWN,** : | |
| : | |
| **Plaintiff** : | |
| : | **Civil Action No. 1:06-CV-01417-** |
| v. : | **(RWR)** |
| : | |
| **GEORGETOWN UNIVERSITY** : | |
| **HOSPITAL,** : | |
| : | |
| **Defendant** : | |

_____

## CONSENT MOTION TO ENLARGE DISCOVERY

   **NOW COME** Bonita Brown, (hereinafter "Plaintiff"), through undersigned counsel, and move this Court for a thirty-day enlargement to the current discovery deadline in the above-captioned matter. In support of this motion, Plaintiff states as follows:

1. The current discovery deadline is June 25th,

2. Plaintiff's counsel has other client representations which conflict with his schedule to complete interrogatories before the deadline.

3. Plaintiff moves for an enlargement up to July 25th,

4. This motion is not intended for any delay or dilatory purpose;

5. Defendant consents to this motion.

                                          Respectfully submitted on behalf of Plaintiff,

                                          COLLINS & TALLEY, LLC

June 7, 2007                                      _____/s/_____

                                          Reuben B. Collins, II. Esquire

                                          Collins & Talley, LLC
                                          P. O. Box 185
                                          La Plata, MD  20646
                                          (301) 934-4366
                                          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing pleading was served, by first class mail, postage prepaid, this 7th day of June, 2007 to Keith J. Harrison and Leslie J. Gogan, CROWELL & MORING, LLP, 1001 Pennsylvania Ave., N.W., Washington, DC  20004.


                                          _____/s/_____
                                            Reuben B. Collins, II, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BONITA M. BROWN,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **Civil Action No. 1:06-CV-01417-** |
| v. | : | **(RWR)** |
| | : | |
| **GEORGETOWN UNIVERSITY HOSPITAL,** | : | |
| | : | |
| **Defendant** | : | |

_____

## **ORDER**

Upon Consideration Of Plaintiff's Consent Motion to Enlarge Discovery and for good cause having been shown, it is by the Court this day of _____, day of _____, 07.

ORDERED, that the Plaintiff's motion is hereby granted.

_____
United States District Judge