IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONITA M. BROWN, : | |
| : | |
| Plaintiff : | |
| : | Civil Action No. 1:06-CV-01417- |
| v. : | (RWR) |
| : | |
| GEORGETOWN UNIVERSITY : | |
| HOSPITAL, : | |
| : | |
| Defendant : | |

_____

**CONSENT MOTION TO ENLARGE DISCOVERY**

**NOW COME** Bonita Brown, (hereinafter "Plaintiff"), through undersigned counsel, and move this Court for a thirty-day enlargement to the current discovery deadline in the above-captioned matter. In support of this motion, Plaintiff states as follows:

1. The current discovery deadline is September 25, 2007.

2. Defendant's deposition date was scheduled for September 20, 2007.

3. Defendant was unable to be served as of September 12, 2207.

4. Defendant did not receive the deposition subpoena until September 20, 2007.

5. Plaintiff moves for an enlargement up to October 25, 2007.

6. Plaintiff moves to schedule a post discovery conference for October 28, 2007.

7. Plaintiff moves to schedule Dispositive motions for November 29, 2007.

8. This motion is not intended for any delay or dilatory purpose;

9. Defendant consents to this motion.

                                                  Respectfully submitted on behalf of Plaintiff,

                                                  COLLINS & TALLEY, LLC

September 25, 2007                                     _____/s/_____

                                                  Reuben B. Collins, II. Esquire

                                                  Collins & Talley, LLC
                                                  P. O. Box 185
                                                  La Plata, MD  20646
                                                  (301) 934-4366
                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served, by electronic filing, this 25th day of September, 2007 to Keith J. Harrison and Leslie J. Gogan, CROWELL & MORING, LLP, 1001 Pennsylvania Ave., N.W., Washington, DC  20004.

                                                  _____/s/_____
                                                  Reuben B. Collins, II, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BONITA M. BROWN,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | Civil Action No. 1:06-CV-01417-(RWR) |
| v. | : | |
| | : | |
| **GEORGETOWN UNIVERSITY HOSPITAL,** | : | |
| | : | |
| **Defendant** | : | |

_____

## **ORDER**

Upon Consideration of Plaintiff's Consent Motion to Enlarge Discovery and for good cause having been shown, it is by the Court this day of _____, day of _____, 2007.

ORDERED, that the Plaintiff's motion is hereby granted.

e

_____
United States District Judge