# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONITA M. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06-CV-01417 (RWR) |
| ) | |
| GEORGETOWN UNIVERSITY HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

## PARTIES' JOINT MEDIATION STATUS REPORT

The parties met and mediated on January 14, 2008 and, following mediation, an impasse was declared. The parties propose that the court reschedule the post-discovery status conference.

Dated: January 23, 2008                     Respectfully submitted,

                                           /s/
                                           Reuben B. Collins, II Esq.
                                           Collins & Talley, LLC
                                           P.O. Box 1857
                                           La Plata, Maryland  20646
                                           (301) 934-4366
                                           (301) 934-1668 (facsimile )
                                               *For Plaintiff*


                                           /s/
                                           Keith J. Harrison, Esq.
                                           Crowell & Moring LLP
                                           1001 Pennsylvania Avenue, N.W.
                                           Washington, D.C.  20004-2595
                                           (202) 624-2500
                                           (202) 628-5116 (facsimile)
                                               *For Defendant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January 2008, a copy of the foregoing document, *PARTIES JOINT MEDIATION STATUS REPORT*, was served by electronic mail service and first class mail, postage prepaid, upon the following individual:

>Reuben B. Collins, II (Bar No. 14561)
>Collins & Talley LLC
>201 Centennial Street, A-2
>P.O. Box 1857
>La Plata, Maryland 20646
>Ph: (301) 934-4366
>Fax: (301) 934-1668
>
>Counsel for Plaintiff
>*Bonita M. Brown*

/s/
Leslie J. Gogan

2