**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BONITA M. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06-CV-01417 (RWR) |
| ) | |
| GEORGETOWN UNIVERSITY HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

UPON REVIEW of the Parties Joint Mediation Status Report, it is hereby,

ORDERED that the post-discovery status conference is rescheduled for the _____ day of _____, 2008, at _____ a.m. / p.m.

Dated: _____        _____
                                                                            The Honorable Richard W. Roberts
                                                                            U.S. District Court for the District of Columbia