# EXHIBIT

# 3



Georgetown University Hospital

*MedStar Health*

**Human Resources Policy**

| Policy: **Equal Opportunity Policy** | Number: **201** |
|---|---|
| Effective Date: **May 1, 2003** | Page **1 of 7** |
| Revised Date: | Approved: M. Joy Drass, M.D., President |

## Policy Statement

Georgetown University Hospital is an equal opportunity employer and is committed to equal opportunity for all candidates for employment and employees. Where federal, state or local laws contain mandatory requirements that differ from the provisions of this section, such legal requirements prevail for employees working in affected locations.

In furthering its commitment to provide equal opportunities, it is Georgetown University Hospital's policy to:

- Comply with both the letter and the spirit of all applicable laws and regulations governing employment
- Provide equal employment opportunity to all employees and applicants for employment
- Prohibit unlawful discrimination or harassment in any employment decision or in the administration of any personnel policy because of race, color, creed, religion, national origin, citizenship, sex, age, physical or mental disability, marital status, personal appearance, family obligations, political affiliations, sexual preference or orientation or any other characteristic protected by federal, state or local EO laws and regulations
- Make reasonable accommodations for the physical and/or mental limitations of qualified employees or applicants with disabilities
- Protect employees' right to refer possible violations of this policy to management, Human Resources and/or the Compliance Department without intimidation, coercion, discrimination, harassment or retaliation of any form for exercising such rights.

## Scope of Policy

This policy applies to all employees of Georgetown University Hospital, and where appropriate and required by law, to temporary employees, contract employees and independent contractors.

To the extent that a collective bargaining agreement contains provisions that differ from those in this policy, the contract provisions will apply to any union-represented employees covered by that agreement.

## Definitions

Not applicable.



## Responsibilities

**I. Management**

- Adhere to the letter and the spirit of Georgetown University Hospital's EO Policy, and of EO laws and regulations
- Promote compliance with the terms of this policy and be alert to possible policy violations
- Foster an environment that is free from discrimination, harassment and/or retaliation
- Afford equal opportunity, as described in this policy, to all employees and job applicants in all aspects of employment (i.e., hiring, promotions, transfers, compensation treatment, application of Georgetown University Hospital policies, and the like)
- Rely on objective, job-related standards in the execution of all employment-related duties
- Immediately report to Human Resources and/or the Legal Department any known or perceived violations of this policy
- Cooperate with any internal investigations that may arise from any known or perceived violations of this policy
- As directed by Human Resources and/or the Compliance Department, periodically review with employees (either in individual or group/staff meetings) Georgetown University Hospital's EO Policy
- Document in employees' personnel files when such reviews have taken place

**II. Employees**

- Ensure that you understand this policy and its requirements, and contact management, Human Resources and/or the Compliance Department with any questions that you may have
- Adhere to the letter and spirit of Georgetown University Hospital's EO policies, and of EO laws and regulations
- Help foster an environment that is free from discrimination, harassment and/or retaliation



- Inform management, Human Resources and/or the Compliance Department of situations where actual or potential violations of this policy exist
- Cooperate with management, Human Resources, Compliance and other departments to ensure compliance with this policy
- Cooperate with any internal investigations that may arise from known or perceived violations of this policy

**III. Human Resources**

- Assist in educating managers, supervisors and employees regarding this policy, its requirements and their responsibilities
- Ensure that Georgetown University Hospital's EO, Harassment Prevention, and Accommodations for Individuals with Special Needs policies are covered in new employee orientation programs
- Ensure that federal and state government nondiscrimination posters are displayed permanently in conspicuous locations in all Georgetown University Hospital facilities
- Where appropriate, inform and/or seek assistance from the Legal Department regarding complaints of known or perceived violations of this policy
- Conduct and/or assist in internal investigations based on complaints regarding known or perceived violations of this policy
- With the assistance of the Legal Department, serve as Georgetown University Hospital's representative where complaints are filed by employees, former employees or job applicants with federal and/or state non-discrimination agencies
- Remind managers and supervisors to periodically review with their employees (in individual and/or group meetings) Georgetown University Hospital's EO policies and to record the names of those employees who participated in such reviews



**IV. Compliance Department**

- Assist in educating managers, supervisors and employees of the requirements of this policy through the Compliance Department's Code of Conduct training programs
- Upon receipt of a complaint regarding a perceived or actual violation of this policy, contact Human Resources and/or the Legal Department so that an investigation of the complaint can take place
- Conduct and/or assist in internal investigations based on complaints regarding known or perceived violations of this policy

**V. Employee Health Services**

- Provide assistance in assessing employees' and job applicants' needs for reasonable job accommodations due to mental or physical disabilities

## Exceptions

Exceptions to this policy should be assessed on a case-by-case basis with the advice and counsel of the Human Resources and/or Legal Departments.

## What Constitutes Non-Compliance

Non-compliance with this policy should be reviewed on a case-by-case basis with the advice and counsel of the Human Resources and/or Legal Departments.

## Consequences of Non-Compliance

Georgetown University Hospital takes a "zero tolerance" approach to violations of its EO Policy. Therefore, any employee, whether supervisory or non-supervisory, who is determined to have violated this policy can be subjected to disciplinary action, up to and including dismissal. In addition, violations of federal, state or local EO laws and regulations addressed in this policy may lead to legal and/or financial liability.

## Explanation and Details/Examples

Georgetown University Hospital's EO policy applies to all aspects of employment at Georgetown University Hospital, specifically including, but not limited to:

- Recruiting
- Hiring
- Promotions



- Demotions
- Job Transfers
- Reasonable Job Accommodations
- Working Conditions
- Georgetown University Hospital-sponsored training programs
- Educational assistance
- Georgetown University Hospital-sponsored social and recreational programs or events
- Compensation
- Benefits
- Discipline
- Reductions in force
- Termination of employment

## Requirements and Guidelines for Implementing the Policy

### I. Reporting Discrimination in the Workplace

All Georgetown University Hospital employees are responsible for helping to ensure that workplace discrimination is prevented. The most effective way in which this can be accomplished is for an employee who believes that he/she has witnessed discrimination, knows of discrimination or is being subjected to discrimination should immediately notify his/her supervisor, Human Resources and/or the Compliance Department. Employees should also review and utilize the Dispute Resolution Policy as a means of addressing possible occurrences of discrimination.

### II. Non-Retaliation

In addition to a zero tolerance approach to discrimination in the workplace, Georgetown University Hospital takes the same approach with respect to acts of unlawful retaliation. Employees have a legal right to report and/or assist in investigations of possible violations of Georgetown University Hospital's EO Policy. Georgetown University Hospital acknowledges and will take appropriate steps to protect this legal right. Specifically, it is Georgetown University Hospital's policy that an employee who reports and/or assists in the investigation of a possible violation of this policy will not be subjected to retaliation, of

Georgetown
University
Hospital
MedStar Health

any form, on or off workplace premises, by supervisory or non-supervisory personnel.

Retaliation that is prohibited by this policy includes, but is not limited to, the following conduct that **occurs as a direct result** of an employee's report of and/or assistance in the investigation of an EO policy violation:

- Explicit or implied threats, verbal or physical
- Inappropriate comments
- Acts of intimidation
- Negative change in working conditions
- Unwarranted disciplinary action
- Unwarranted exclusion from meetings, conferences or other work-
related events

Employees who believe that they may be the subject of retaliation in violation of this policy should contact their immediate manager or supervisor, Human Resources or the Compliance Department. Human Resources and/or Compliance will be responsible for investigating such complaints. The Legal Department may be contacted for assistance in such situations.

**Compliance Department Hot Lines**

Employees who wish to contact the Compliance Department to discuss and/or raise complaints of possible violations of this policy should call the Compliance Hot Line at 202-877-2900 or 877-210-3320.

**Internal Investigations**

In keeping with its commitment under this policy, Georgetown University Hospital will promptly and effectively investigate EO complaints of which it is made aware. Such investigations will be conducted by the Human Resources, Compliance and/or Legal Departments.

EO investigations are to be treated as confidential. Therefore, the investigator(s) and those participating in the investigation must take reasonable steps to maintain the confidentiality of the complaining party, the alleged transgressor, witnesses and other individuals who may assist or otherwise be involved in the investigation.



**IMPORTANT:** Complete confidentiality cannot be guaranteed in such investigations. For example, it may be necessary to reveal the identity of the complaining party and/or witnesses in order for the alleged transgressor to be apprised of the allegations against him/her and to be afforded a fair opportunity to respond to the allegations. In such cases, the complaining party and the alleged transgressor should be reminded of the non-retaliation provisions of this policy.

Human Resources Policy 303, Dispute Resolution provides employees with a way to express their concerns about possible discrimination, harassment or other violations of Georgetown University Hospitalís policies, including its EO Policy. Therefore, employees are encouraged to utilize the Dispute Resolution Policy to raise such concerns and complaints. Employees also have the right to file external complaints with the appropriate federal, state or local agency.

## Related Policies

- Accommodating Individuals with Special Needs
- Code of Conduct
- Harassment Prevention
- Dispute Resolution Policy

## Legal Reporting Requirements

Human Resources is responsible for filing Georgetown University Hospital's annual EEO-1 Reports, as required by the U.S. Equal Employment Opportunity Commission.

## Reference to Laws or Regulations of Outside Bodies

- Title VII of the Civil Rights Act, and similar state and local laws
- Americans With Disabilities Act, and similar state and local laws

## Right to Change or Terminate Policy

Modifications to this policy should be made with the advice and counsel of the Human Resources and/or Legal Departments.