# EXHIBIT

# 4

| CLINICAL TECHNICIAN | | |
|---|---|---|
| DEPT: NURSING CCC POD 6-3 SURGICAL | | DEPT #: 20194 |
| CLASS CODE: 707720 | GRADE: J3 | EFFECTIVE: 10/96<br>REVISED: 7/00, 9/00, 3/01, 10/02 |
| FILE: 20194\707720.D01 | | PIN: 20027 |

**GENERAL DESCRIPTION:** Provides patient care to an assigned group of patients, according to an established plan of care, under the direction and supervision of a licensed Registered Nurse. These functions are performed in accordance with all applicable laws and regulations and Georgetown University Hospital's philosophy, policies, procedures and standards.

**RESPONSIBLE FOR:**   N/A
**RESPONSIBLE TO:**   Nursing Coordinator

**ESSENTIAL FUNCTIONS:**

A.   Implements patients' plan of care as directed by the RN, reporting information and findings to the RN, and offering suggestions for revision of the plan of care as appropriate.

B.   Provides direct bedside care to patients as assigned, inclusive of but not limited to: performs the activities of daily living, bathing, skin care, toileting, mouth care, feeding, and range of motion; assisting with ambulation, mobilization and rehabilitation; assistance with crutches and walkers; and transporting of patients in wheelchairs and stretchers.

C.   Performs routine sterile and non-sterile treatments and other treatments identified by Unit/Hospital policy inclusive of but not limited to: tube feedings; ostomy care; Foley Catheter care; IV insertion/ monitoring/care; venipuncture; EKG; simple dressing changes and wound care; maintenance of drainage tubes with/without pump or suction; point of care testing; care of oxygen equipment; and assistance with the application, maintenance and removal of traction, casts, splints and exercise equipment.

D.   Participates in patient/family teaching as directed.

E.   Reports/records/documents information in designated areas of the medical record or via computerized systems, according to established guidelines.

F.   Maintains a safe and orderly patient/unit environment.

G.   Contributes to the development and implementation of unit objectives.

H.   Participates in quality improvement initiatives.

I.   Relieves Unit Secretary due to volume, absence, and other operational needs, inclusive of stocking and ordering medical and non-medical supplies to maintain adequate inventory on the units.

J.   Exemplifies C2C standards in all activities.

K.   Assumes other duties and responsibilities that are appropriate to the position and area. The above responsibilities are a general description of the level and nature of the work assigned to this classification and are not to be considered as all-inclusive.



GUH0000095

CLINICAL TECHNICIAN
DEPT:           NURSING CCC POD 6-3 SURGICAL    DEPT#:        20194        PAGE: 2
CLASS CODE: 707720                              GRADE:        J3
EFFECTIVE:     10/96                            REVISED:      7/00, 9/00, 3/01, 10/02
FILE:          20194\707720.D01                 PIN:          20027

**MINIMUM QUALIFICATIONS FOR THE POSITION:** CONSIDERATION WILL BE GIVEN TO AN APPROPRIATE COMBINATION OF EDUCATION/TRAINING AND EXPERIENCE

**EDUCATION AND OR TRAINING REQUIRED:** High School diploma or equivalent GED; successful completion of Certified Nursing Assistant Program (CNA) strongly preferred, EMT, Medical Assistant will be considered; successful completion of GUH training program.

**LICENSURE AND OR CERTIFICATION:** Current District of Columbia Nursing Assistant Certification preferred. BLS required.

**EXPERIENCE:** One year experience as a Certified Nursing Assistant or related health care experience in an acute care setting preferred.

**SPECIAL KNOWLEDGE/SKILLS/ABILITIES:** Ability to perform direct patient care technologies; Excellent verbal and written communication skills; Good interpersonal skills; Ability to set priorities and work in a stressful environment.

**ADDITIONAL REQUIREMENTS FOR THE POSITION:**

**WORKING SCHEDULE:** Will be required to work rotating shifts, including weekends and holidays.

THE SCHEDULE MAY BE CHANGED AS BUSINESS NEEDS DICTATE.

**PHYSICAL REQUIREMENTS OF THE POSITION:** (REASONABLE ACCOMMODATION WILL BE CONSIDERED WHERE APPROPRIATE: FEDERAL REHABILITATION ACT OF 1973, SEC. 503-504, and AMERICANS WITH DISABILITIES ACT OF 1990, P.L. 101-336).

PHYSICAL AND EMOTIONAL HEALTH SUFFICIENT TO MEET THE CRITERIA FOR THE ANNUAL PHYSICAL EXAMINATION AND SPECIFIC JOB DEMANDS WHICH ARE INCLUSIVE OF BUT NOT LIMITED TO: extensive standing, walking, bending, and lifting; ability to move heavy patients and equipment; good or corrected visual acuity and hearing; and manual dexterity; some exposure to blood and body fluids.

**PERFORMANCE LEVEL AND SCOPE OF SUPERVISION REQUIRED:**

**SUPERVISION LEVEL:** Routine Supervision

THE INCUMBENT IS ABLE TO FUNCTION INDEPENDENTLY AS DEFINED IN THE JOB DESCRIPTION WITHIN A TIME FRAME OF two months after successful completion of training program.

GUH0000096