# EXHIBIT

# 5

COPY                                                              1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3
 4      BONITA M. BROWN,              )
 5                 Plaintiff,          )
 6           vs.                       )  Case No.
 7      GEORGETOWN UNIVERSITY          )  1:06CV01417
 8      HOSPITAL,                      )
 9                 Defendant.          )
10
11
12                    -    -    -    -    -
13
14            The deposition of MICHELLE YVONNE
15      HUMPHREY was taken on Thursday, October 25,
16      2007, commencing at 1:37 p.m., at the offices of
17      Collins & Talley, LLC, 201 Centennial Avenue,
18      Suite A-2, LaPlata, Maryland, before Sally Jo
19      Bowling, Notary Public.
20                    -    -    -    -    -
21
22
```

```
 1              A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFF:
 4        REUBEN B. COLLINS, II, ESQ.
 5        Collins & Talley LLC
 6        201 Centennial Street, A-2
 7        Post Office Box 1857
 8        LaPlata, Maryland  20646
 9        (301) 934-4366
10        rcollins@dcmdlawyers.com
11
12   ON BEHALF OF THE DEFENDANT:
13        LESLIE J. GOGAN, ESQ.
14        TRINA L. FAIRLEY, ESQ.
15        Crowell & Moring
16        1001 Pennsylvania Avenue, N.W.
17        Washington, D.C.  20004-2595
18        (202) 624-2830
19        tfairley@crowell.com
20
21   ALSO PRESENT:
22        Bonita M. Brown
```

Humphrey

1    the question specifically, by all means please
2    ask me to make my question clearer, to rephrase
3    the question.
4           It's also important in terms of
5    responses that you respond by saying yes or no,
6    and if you don't understand a question, again,
7    it's very important that you ask me to rephrase
8    the question. What we're trying to do is ask
9    you as much information as possible about
10   matters related to a lawsuit that was filed by
11   Bonita Brown.
12          Do you have any questions starting off?
13   A.    No.
14   Q.    Could you please, Ms. Humphrey, give me
15   your complete name and spelling.
16   A.    Michelle, M I C H E L L E, Yvonne, Y V
17   O N N E, Humphrey, H U M P H R E Y.
18   Q.    And Ms. Humphrey, where were you born?
19   A.    England.
20   Q.    And what is your nationality?
21   A.    British.
22   Q.    Was your family originally from

Humphrey

1   England?
2   A.  No.
3   Q.  Where was your family originally from?
4   A.  My mother is from Granada, my dad is
5   from Tobago.
6   Q.  And when did you move to the United
7   States?
8   A.  Seven years ago.
9   Q.  And so that was approximately year
10  2000?
11  A.  Correct.
12  Q.  And at the time, did your whole family
13  move to the States or was this a choice you made
14  by yourself?
15  A.  My family as in myself, my husband, my
16  daughter, and I was pregnant at the time.
17  Q.  And Ms. Humphrey, what is your
18  educational background?
19  A.  I am an RN, registered nurse. I have
20  been to college for three and a half years in
21  England to qualify as a registered nurse.
22  Q.  And the names of those schools?

Humphrey

1  Q.  And what did you mean by that?
2  A.  We were having a conversation because
3  the atmosphere in the unit was -- was not
4  conducive to a working environment, and I was
5  explaining that to some cultures, if you beckon
6  somebody with your -- this finger, I don't know
7  what the official term is, but that is -- that
8  is offensive to some cultures, just like if you
9  click your fingers, that's offensive. And I
10 said, you know, that's a cultural thing that we
11 have to be mindful that we're all from different
12 cultures, so please be mindful when you're
13 addressing people, because it's easy to offend
14 other cultures. That's how that conversation
15 came about.
16 Q.  Was that in a unit meeting?
17 A.  It was.
18 Q.  Do you recall approximately when that
19 meeting occurred?
20 A.  No, I don't.
21 Q.  Did the attendees of that meeting, was
22 there any feedback you received during the