# EXHIBIT

# 6



**Georgetown University Hospital**

*MedStar Health*

*File Copy*

July 9, 2003
Bonita Brown
Clinical Technician
Interventional Cardiology & Short Stay Unit- C41

Dear Bonita,

This letter represents verbal warning for unsatisfactory work performance. Specifically, you were rude to the clinical administrator, Lorraine Green. You also refused to follow specific instructions to float to another unit when requested by Ms. Green. You are advised that behavior and communication style such as this will not be tolerated and that future occurrences of this nature will result in more severe disciplinary action, up to and including termination of employment.

Sincerely,

Michelle Humphrey, RN
Assistant Nursing Coordinator – C41

Kathleen Murto, RN
Assistant Nursing Coordinator – 4East

I have received the original of this letter on this date:

_Refused to sign_
Signature

7/11/03
Date



EXHIBIT 3-Brown 8-13-07

GUH0000049