# EXHIBIT

# 7



# Georgetown University Hospital

September 3, 2003

Bonita Brown
Clinical Technician
C4-1

Dear Ms. Brown:

This represents documentation of a written warning for unsatisfactory work performance.

Specifically, on Tuesday 19th you were assigned to the float pool. Doris Tavares, Nurse Manager, contacted you to inform you that you were being floated to C6-3 as a clinical technician from 7-11 and then as a sitter from 11-7. You refused this assignment and therefore were sent home without pay.

You are advised that your performance such as this will not be tolerated and that future unsatisfactory work performance may result in more severe disciplinary action, up to and including dismissal.

In compliance with Georgetown University Hospital's policy # 302, Disciplinary Actions and Dismissals and the CBA between Georgetown and District 1199E- DC SEIU Article XXI you are being issued this written warning.

You have the right to contest this decision by filing a dispute with Human Resources under provisions outlined in Article XXII of the Collective Bargaining Agreement between Georgetown University Hospital and District 1199-DC, SEIU. However, a dispute filed under these provisions must be filed no later than twenty-one (21) calendar days from the date you receive this notice.

Should you have any questions regarding this notice, or the reason for issuance, please contact Natalie Harari, Human Resource Generalist at 202-444-3339.

Sincerely

Kathleen Murto, RN
Assistant Nursing Coordinator – C4-1 (covering for Michelle Humphrey)

I have received the original of this letter on this date:

_____    9-3-03
Employee Signature           Date

*MedStar Health*
3800 Reservoir Road, NW, Washington, DC 20007

GUH0000201