# EXHIBIT

# 8



## Georgetown University Hospital

### MedStar Health

02/28/05

Bonita Brown
Clinical Technician
Cardiology/Interventional Short Stay

Dear Ms. Brown:

*[Handwritten annotation: This was issued on 3/1/3rd/05 as Bonita was off sick Feb 23rd and did not return to work until 3/1/05 myHumphrey stated she was denied a union rep. Therefore this was thrown out (by labor relations)]*

This letter represents a written warning for unsatisfactory work performance.

Specifically, on 02/23/05, you were asked by the charge nurse to do the AM labs and EKG's. When asked to perform these tasks you responded in an insubordinate, unprofessional manner, refused to work and continued to use the internet to conduct personal business during work hours

You are hereby, advised that performance such as this will not be tolerated and the future unsatisfactory work performance may result in more severe disciplinary action, up to and including dismissal.

In compliance with Georgetown University Hospital's policy # 302 Disciplinary Actions and Dismissals and the CBA between Georgetown and District 1199E- DC SEIU Article XXI you are being issued this written warning.

You have the right to contest this decision by filing a dispute with Human Resources under provisions outlined in Article XXII of the Collective Bargaining Agreement between Georgetown University Hospital and District 1199-DC, SEIU. However, a dispute filed under these provisions must be filed no later than twenty-one (21) calendar days from the date you receive this notice.

Should you have any questions regarding this notice, or the reason for issuance, please contact Tricia Eckert, Human Resource Generalist at 202-444-5249.

Sincerely,

*Michelle Humphrey*

Michelle Humphrey
Nurse Coordinator

EXHIBIT
Brown
8-13-07

I have received the original of this letter on this date:

GUH0000064

*Refused To sign*
_____
Employee Signature                Date

GUH0000065