# EXHIBIT

# 9

03/08/2005

To Whom It May Concern:

This is in reference to the incident that happened during the night shift on Feb. 22nd 2005. I was in charge on that very busy night. Because of the heavy load, I requested for another technician. A C.N.A was sent in at 2300 hrs.

Miss Brown split the assignments between herself and the new technician. She took one half of the unit and the new technician took the other half.
In the early hours of the morning when we usually start taking vital signs and blood draws, I asked Ms Brown to do the blood draws and the EKGs and the C.N.A to take the vital signs for all the patients on the floor during that shift. Since CNAs do not carry out blood draws nor do EKGs, Ms Brown refused to do the assigned tasks stating" I am only going to do my own half. The nurses can do their patients. I can only help. I am tired of all this. I am being overworked."

A few minutes later Ms Montilla Christina asked Ms Brown to do the EKGs of her patients and she responded "why don't you do it! You know how to do it. Don't get smart with me. You don't tell me what to do because you are an RN. I might not help you at all." While saying all this, she was sitting at the computer station doing her personal work. That night I pitched in and helped my colleagues with the blood draws.

All the nurses, myself included who worked that night were not pleased with Ms Brown's attitude. Rino Alcantara, Christina Montilia, Evelyn Fischer and myself reported the incident to Michelle Humphrey that morning.

Thanks
Praxedes Fofung

*[signature]*

GUH0000071