# EXHIBIT

# 10

March 08, 2005

To Whom It May Concern:

This is in reference to the incidence that happened on the night of February 22, 2005. Basically, I was not involved in this incidence but I heard and witnessed all that happened.

I worked with Rae RN, Praxedes (in-charge that night), Everlyn RN and Bonita Brown (Technician) on the night of February 22nd. The shift was terribly busy and basically, all of us had to attend with our assigned patients. The "atmosphere" of the unit that night was not very conducive due to the unusual heavy work load and the kind of patients we had (8 total care patients).

Prax, the charge nurse, had to ask for another technician to help us out. Unfortunately, the only available was a CNA, who doesn't know how to do EKG and draw blood. As soon as the CNA arrived in the unit, Miss Brown divided the unit between them.

At around early morning (about 4 a.m.), while starting my morning routine, I heard a commotion at the nurses' station. Nurse Rae was asking Miss Brown, in a polite manner to perform an EKG to one of her patients in room 7 while Rae is doing a blood draw to another patient. Miss Brown refused to do it in a very rude tone of voice. She said "why don't you do it, you know how to do it. Don't get mad at me. Don't tell me what to do. I might not help you at all." I even heard her saying, "she's not there to do RN's job." Miss Brown told Rae that she's rude in asking her. Miss Brown was sitting in front of the computer, doing her personal things while she was arguing with Nurse Rae.

I've found out the next day, that Miss Brown did the EKG anyway. But, all the staff that night was not pleased with Miss Brown attitude and behavior.

Yours,

*[signature]*
Rino A. Alcantara RN