# EXHIBIT

# 11

TO:        Ms M. Humphrey
           Unit Manager – C41

FROM:      E. Fisher, RN

Date: March 8, 2005

CONCERNS

Good day to you and hope this note will help to bring about some changes in the working relationships between licensed and unlicensed staff of C41 because it is very frustrating working the way we do now. I have listened to the many complaints of other staff, watched as nurses carry out duties that were assigned to techs because they are afraid to ask for help because of the behaviors of the techs. Many a conflicts have been avoided because nurses just refused to ask techs to do their jobs. Nurses will try to do everything themselves which delay patients medications and treatments.

On February 23, however; things got out of control because we were extremely busy, the patients were very heavy and the only extra help the nursing coordinator could get was a staff who could not draw blood or do EKGs. The charge nurse asked the regular tech Ms B. Brown to concentrate on the blood work and the float tech would do the vital signs etc. Ms Brown flatly refused. She stated "am not doing it, you guys will have to do it". The charge nurse said "we will help you". Ms Brown went and sat down at the computer and went on the internet. Ms Brown ended her shift without doing the blood draws. I still do not understand why she became so upset.

Another staff Rae asked for an EKG and that led to another problem. She stated that she was just there to help out the nurses and it was not her job to do all those things.

Last week I was assigned a patient who had returned from an procedure in bed 15b, after assessing her procedural sites, I discovered she needed to be cleaned up (old blood). I asked Ms Brown (who was sitting in the nurses station at the time) if she could clean up the patient for me so I could go and finish assessing my other patients. She asked me to get the basin with water and wash cloths. I reasoned if I am going to do all that I might as well just clean her up.

I finished my initial patient assessments and the patient in room 15 was still not cleaned up so I went and cleaned her up. For the rest of my shift I did what the other nurses do, try to do everything myself. I had so much to do I did not finish night medications until almost midnight. I reported the matter to Kathie the charge nurse who asked me not to do the task but come to her first if staff refused to cooperate. I did not ask Victoria who was the other tech on that evening because she was busy cleaning and packing nourishments into the refrigerator.

GUH0000073

Please do not misunderstand my point. I am not advocating that nurses should not help out or clean up the patients etc. but especially in the beginning of the shift and very busy times when we have to exchange reports, receive new admissions, medication administration, treatments and other tasks it is very difficult to do everything for the patients while the techs just sit around and not carry their full loads. I cannot send a patient to bed dirty so, if I have to clean them up, it is sure going to be done.

I therefore ask that further training to be provided these staff who I am sure wants to do a good job, and or an exchange be made to units where techs function effectively so their full potential can be developed and a better working relationship will be enhanced.

Things cannot go on like this because nurses are frustrated, and techs are frustrated most times when they are asked to help. The techs have a different concept of the job responsibility. As a result there is a breakdown in communication, disrespect and nurses who wishes to be everywhere else except at work.

This is becoming an everyday thing. Please help us bridge the gap, for example: an exchange to 4 – East or any unit where nurses and techs work wonderfully for the common good of our valued clients – our patients.

Thank you for your time.

*Everlyn*

Everlyn

GUH0000074