# EXHIBIT

# 12



Georgetown University Hospital
MedStar Health

**PROGRESS NOTES**

| Date | |
|---|---|
| | 02-23-05 |
| | 03:15 A.M. |

I, Bonita Brown was staffed on this Tuesday night, Wednesday morning when the charge nurse (Pam) told me, since we have a CNA, she can only do vital signs your going to have to do all the labs, EKG's by yourself. I responded back to Pam, I will help the nurse's on that side, but I'm not able to do it all by myself. Pam said okay. Bae spoke up and said, I need you to do both my EKG's in room 12 & 13, you can at least do that, I have done the labs already. I told Bae, I will do the best I can, I'm here to assist her and other nurse as well. Bae responded, I'm the nurse, your the tech. I told Bae she has a very smart mouth and with an attitude like that, I don't have to help her at all. She asked what's happen around here, what happen to team work. I told Bae I believe in teamwork, but, I don't work with someone who's being smart at the mouth. I told Bae in a very calm voice, at 03:30 A.M. is when I start my rounds everyday when I'm here, I would assist her then. I continue working with my MEL training on the comp. and performed an EKG on Rm 413 (Baker). Bae performed on 412 since her and the CNA was drawing labs and vital v/s, she was drawing labs and

050.010                                                    GUH0000068

Case 1:06-cv-01417-RWR    Document 22-13    Filed 03/12/2008    Page 3 of 3



**Georgetown University Hospital**
MedStar Health

## PROGRESS NOTES

| Date | |
|---|---|
| | 02-23-05 |
| | CONT. |

I wasn't notified of the incident until I returned back to work on 3/1/05. The Charge Nurse arrived on the Unit @ 10:00 p.m. to give staff meeting, around 0130 in her office was when she told me about the write up. I told the Unit Manager (Michelle) that I needed a Rep. A Union Rep and she still proceeded with this write up and told me that she immediately went to HR once she got the write up. I feel this was an unfair write up. Two of the nurses confessed about not reading the write up, it was only signed. One of the signature is on the write up twice. I feel that I should have been warned verbally.

*[signature]*
B.B. [signature]

GUH0000070