# EXHIBIT

# 13

# Georgetown University Hospital
## MedStar Health

**PREPARED IN ANTICIPATION OF LITIGATION & PEER REVIEW**
*— NOT A PART OF THE HOSPITAL RECORD —*

## REPORT OF INCIDENT

COMPLETE THIS REPORT IN THE EVENT OF AN ACCIDENT, DISCOVERY OF A HAZARDOUS CONDITION, OR ANY OCCURRENCE WHICH IS NOT CONSISTENT WITH THE ROUTINE OPERATION OF THE HOSPITAL OR ROUTINE CARE OF A PATIENT.

1. NAME: 
   ADDRESS:
   UNIT #: n/a
   (USE ADDRESSOGRAPH IF AVAILABLE)

2. ☐ Inpatient ☐ Outpatient ☐ Visitor ☒ Employee  Bonita Brown, CNA
   ☐ Other
   3. SEX: F
   4. AGE:
   5. IF PATIENT ADMISSION DATE:

6. INCIDENT DESCRIPTION
   Date: 2/23/05   Time: 0315
   Location of Incident: Bldg./Floor: CY1 - nursing station
   ☐ ICU ☐ Inpatient ☐ Labor & Delivery ☐ Nursery ☐ Obstetrics ☐ Operating Rm. ☐ Patient Rm. ☐ Recovery Rm.
   ☐ Cardiac Cath ☐ EEG ☐ Emergency ☐ Imaging ☐ Nuclear Medicine ☐ Radiology ☐ Dialysis ☐ Phys. Therapy
   ☐ Radiation Therapy ☐ Therapy ☐ Admin. Offices ☐ Elevator ☐ Hall/Lobby ☐ Stairs ☐ Same Day Surgery
   ☐ Clinic ☐ Morgue ☐ Satellite Facility ☐ Parking Lot ☒ Other: CY-1 nursing station

7. ADMITTING SERVICE
   ☐ Cardiology ☐ Dermatology ☐ Emergency ☐ Endocrinology ☐ Family Medicine ☐ Gastroenterology ☐ Genetics
   ☐ Hematology ☐ Immunology & Allergy Infectious Disease ☐ Internal Medicine ☐ Neonatology ☐ Nephrology ☐ Neurology
   ☐ Oncology ☐ Pediatrics ☐ Podiatry ☐ Physical Medicine/Rehab ☐ Psychiatry ☐ Pulmonary Disease ☐ Rheumatology
   ☐ Trauma ☐ Anesthesiology ☐ Blood Bank ☐ Nuclear Medicine ☐ Radiation Therapy ☐ Radiology ☐ Other:
   Reason for Being in Hospital: n/a

8. TYPE OF OCCURRENCE AND/OR RELATED FACTORS:
   ☐ Fall ☐ Blood Transfusion ☐ Equipment ☐ Patient Behavior ☐ Medication ☐ Diagnostic Procedure ☐ Communication
   ☐ Visitor: Faint / Fall (circle one) ☐ IV Therapy ☐ Therapeutic Procedure ☐ Support Services ☒ Other: Clinical
   SEVERITY:
   ☐ 0 – Legal Issue Only – Lost Medical Records, property damages, depositions.
   ☒ 1 – Emotional Only.
   ☐ 2 – Temporary Insignificant – Lacerations, contusions, minor scars, rash, no delay in recovery.
   ☐ 3 – Temporary Minor – Infections, fractures, missed fractures, recovery delayed.
   ☐ 4 – Temporary Major – Burns, surgical material left in, drug side effect.
   ☐ 5 – Permanent Minor – Recovery delayed.
   ☐ 6 – Permanent Significant – Loss of fingers, loss or damage to organs, non-disabling injury.
   ☐ 7 – Permanent Major – Deafness, loss of limb, loss of eye, loss of one kidney or lung.
   ☐ 8 – Permanent Grave – Paraplegia, blindness, loss of two limbs, brain damage, quadriplegia, severe brain damage, lifelong care or fatal prognosis.
   ☐ 9 – Death.

9. IF FALL FROM BED, SIDERAILS POSITION: ☐ One Up-Full ☐ Two Up-Full ☐ One Up-½ ☐ None Up
   BED POSITION: ☐ Locked ☐ Fixed ☐ High ☐ Low   n/a

10. WERE ANY OF THE FOLLOWING MEDICATIONS GIVEN IN THE PAST FOUR (4) HOURS: ☐ No ☐ Yes
    ☐ Sedative ☐ Laxative ☐ Diuretic ☐ Insulin ☐ Narcotic ☐ Other:   n/a

11. AMBULATION PRIVILEGE: ☐ Unlimited ☐ Limited w/o Assistance ☐ Limited w/ Assistance ☐ Bedrest ☐ Not Specified   n/a

12. DESCRIPTION OF INCIDENT (State Significant Facts in Chronological Order): Mrs. Brown was asked by night nurse/charge to do AM labs & EKGs — on all patients since she, the nursing assistant weren't trained for it, in exchange the CNA would do all the floors vitals. Mrs. Brown stated "I'll help but I'm all should do some labs too." Afterwards, I approached Mrs. Brown and asked her in a calm voice, "Bonita, would you do the EKGs on my patients Room #12 &" [illegible]. Bonita replied, "Mrs. Brown at this time was on the computer [illegible] the website webmd-hospital clicked out any sheet.

13. PHYSICIAN OF RECORD: n/a   DEPT.: CY-1
    R.N. OR L.P.N. ASSIGNED TO PATIENT AT TIME OF OCCURRENCE: [signature] RN   N.C./CHARGE NURSE: Prax Fofung
    RESIDENT (Year): 
    OTHERS PRESENT DURING THE TIME OF OCCURRENCE:
    Name: Prax Fofung [illegible] RN   Status: RN
    Name: Chaunicca Deal   Status: CNA

    "I cannot condone these behaviors. E.Ful please see my attach[ed]"
    R. Fisher RN

14. PERTINENT FINDINGS BY EXAMINING PHYSICIAN: _____

EXHIBIT 5 Brown 8-13-07 CL

72-808100 (5/01)
GUH0000067
CONTINUED ON REVERSE



**PROGRESS NOTES**

| Date | |
|---|---|
| | Continuation of description of incident 2/23 0315: Ms. Brown replied "you're not helping me by doing the labs. You have a smart mouth. I don't care if you're an RN, you can't talk to me like that." I was confused when she said this because I know for a fact that I kept my voice very calm. I continued "I understand you're frustrated." I overheard her saying earlier that "this floor is going to do me in," as she was surfing the internet. I continued "but this is teamwork here." "What teamwork? I don't see it!" she said. "All I'm asking is the EKGs on room #12 & #13 for mine, I've done the baths, other care, etc." — "I don't care, I'm not going to do everything. I might not help you at all." she interrupted. BB, I repeated at this point I too was frustrated by her attitude, "just the EKGs, all I'm asking". — "OK, OK I'll help you," she replied. I believe BB is a very capable and excellent clin tech. I do very much value her work and I know how much she helps on the unit. But it seems that anytime we ask her to do anything but from her routine, she gets defensive and accuses the nurses of letting her do everything — which is not the case. BB ultimately does what she wants - her routine. I think she would be of better help if she didn't ~~deceive us~~ perceptions of me, of the nurses, that we aren't commanding her as a slave, but asking as a team member for help. |