# EXHIBIT

# 14



**Georgetown University Hospital**

Department of Medicine
Division of Cardiology

*5 weeks notice*

Michelle Humphrey
Nurse Coordinator
Cardiology/Interventional Short stay
05/09/05

Dear Bonita Brown,

Subject: Notification of change in work schedule

I am hereby giving you 4 weeks notice as of today that there will be a change in your work schedule starting 06/13/05 your new assigned shift will be 7p-7.30a. The reason for this are as follows; C41 has been saving more beds for our procedure patients who typically start arriving between 6.30-7.30am. These patients need to be prepped for their procedures, which have been left to the nurses up until now as you have been leaving at 6.00. As the number of admissions has been increasing, the nurses need more help with these tasks as well as answering the call lights at this time, therefore this is a unit need.

Please do not hesitate to contact me with any questions that you may have in this matter.

Sincerely,


Michelle Humphrey
Nurse Coordinator



EXHIBIT
B. Brown
8-13-07