# EXHIBIT 15

EEOC FORM 131 (5/01)

# U. S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Ms Mary J. Schweickhardt<br>MEDSTAR HEALTH<br>3800 Reservoir Road, N.W.<br>Washington, DC 20007 | Bonita Brown |
| | THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>12F-2005-00611 |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act          [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act   [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by Jan 29, 2005 ~~15-DEC-05~~ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____ If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Stanika K. Smith,
Investigator Support Asst
EEOC Representative
Telephone: (202) 419-0743
Fax (202) 419-0739

Washington Field Office
1801 L Street, N.W.
Suite 100
Washington, DC 20507

Enclosure(s): [X] Copy of Charge

| CIRCUMSTANCES OF ALLEGED DISCRIMINATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [ ] RACE | [ ] COLOR | [ ] SEX | [ ] RELIGION | [X] NATIONAL ORIGIN | [ ] AGE | [ ] DISABILITY | [ ] RETALIATION | [ ] OTHER |

See enclosed copy of charge of discrimination.

EXHIBIT
B Brown
8-13-07

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| Nov 18, 2005 | Dana Hutter, Director | Dana Hutter |

Enclosure with EEOC
Form 131 (5/01)

## INFORMATION ON CHARGES OF DISCRIMINATION

### EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge.

EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge -- the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

Section 1602.14 Preservation of records made or kept. .... Where a charge ... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action. The term *personnel records relevant to the charge,* for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes. The Equal Pay Act contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

### NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.

GUH0000191

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | PERSON FILING CHARGE<br>Brown, Bonita |
|---|---|
| Ms. Mary J Schweickhardt<br>Director Of Human Resources<br>MedStar Health<br>3800 Reservoir Road, N.W.<br>Washington, DC 20007 | THIS PERSON (check one)<br>[X] CLAIMS TO BE AGGRIEVED<br>[ ] IS FILING ON BEHALF OF ANOTHER |
| | DATE OF ALLEGED VIOLATION<br>Earliest 05/26/2005   Most Recent 05/26/2005 |
| | PLACE OF ALLEGED VIOLATION<br>Washington, DC |
| | EEOC CHARGE NUMBER<br>12FA500611 |
| | FEPA CHARGE NUMBER<br>0508-0610 |

**NOTICE OF CHARGE OF DISCRIMINATION** IN JURISDICTIONS WHERE A FEP AGENCY WILL INITIALLY PROCESS
(See attached information sheet for additional information)

YOU ARE HEREBY NOTIFIED THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

- [X] Title VII of the Civil Rights Act of 1964
- [ ] The Age Discrimination in Employment Act of 1967 (ADEA)
- [ ] The Americans with Disabilities Act

HAS BEEN RECEIVED BY

- [ ] The EEOC and sent for initial processing to _____ (FEP Agency)
- [X] The Maryland Comm. On Human Relation (FEP Agency) and sent to the EEOC for dual filing purposes.

While EEOC has jurisdiction (upon the expiration of any deferral requirement if this is a Title VII or ADA charge) to investigate this charge, EEOC may refrain from beginning an investigation and await the issuance of the Agency's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency in the course of its proceedings will be considered by the Commission when it reviews the Agency's final findings and orders. In many instances the Commission will take no further action, thereby avoiding the necessity of an investigation by both the Agency and the Commission. This likelihood is increased by your active cooperation with the Agency.

[X] As a party to the charge, you may request that EEOC review the final decision and order of the above named Agency. For such a request to be honored, you must notify the Commission in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by the Commission. Regardless of whether the Agency or the Commission processes the charge, the Recordkeeping and Non-Retaliation provisions of Title VII and the ADEA as explained in the "EEOC Rules and Regulations" apply.

For further correspondence on this matter, please use the charge number(s) shown.

- [ ] An Equal Pay Act investigation (29 U.S.C. 206(d)) will be conducted by the Commission concurrently with the Agency's investigation of the charge.
- [X] Enclosure: Copy of Charge

**BASIS OF DISCRIMINATION**

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NAT. ORIGIN  [ ] AGE  [ ] DISABILITY  [ ] RETALIATION  [ ] OTHER

**CIRCUMSTANCES OF ALLEGED VIOLATION**

See enclosed Form 5, Charge of Discrimination.

| DATE | TYPED NAME/TITLE OF AUTHORIZED EEOC OFFICIAL | SIGNATURE |
|---|---|---|
| 08/11/2005 | Ms. Marie Tomasso<br>Director | GUH0000192 |

EEOC FORM 131-A (Rev. 08/92)    EEOC COPY

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act before completing this Form. | ☐ FEPA<br>☐ EEOC | CHARGE NUMBER<br>0508-0610 |
|---|---|---|

**Maryland Commission on Human Relations and EEOC**
State or Local Agency, if any

| NAME (Indicate Mr. Ms. Mrs.)<br>Bonita Brown | | | | HOME TELEPHONE (999-999-9999)<br>(301)885-0259 |
|---|---|---|---|---|
| STREET ADDRESS<br>2002 Amber Leaf Place | CITY<br>Waldorf | STATE<br>MD | ZIP CODE<br>20603 | DATE OF BIRTH (00/00/000)<br>6/8/71 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below)

| NAME<br>MedStar Health | NUMBER OF EMPLOYEES OR MEMBERS | TELEPHONE (999-999-9999)<br>(202) 444-2000 |
|---|---|---|
| STREET ADDRESS<br>3800 Reservoir Road, N.W. | CITY<br>Washington, DC | STATE | ZIP CODE<br>20007 | COUNTY |

DATE DISCRIMINATION TOOK PLACE
EARLIEST          LATEST
                  5/26/05

CAUSE OF DISCRIMINATION BASED ON (CHECK ALL THAT APPLY)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN ☐ AGE ☐ RETALIATION ☐ DISABILITY
☐ OTHER (Specify)

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach an extra sheet)

Issues: Harassment; Suspension
Basis: National Origin (African-American)

I have worked in the Respondent's Med-Star Health Unit as a technician in radiology for about four years. During that time and especially during the last six months, my supervisor Unit Manager Ms. Humphrey (British), has harassed me. I asked for a change in my schedule. Ms. Humphrey denied the request even though she had allowed other technicians to change their schedules. On or about May 25, 2005, there was a staff meeting. During the meeting Ms. Humphrey asked the nurses what their concerns were, however she never even acknowledged me. Toward the end of the meeting she remarked, "It's a cultural thing." I felt this was a very degrading remark and it was insulting to me as an African-American. The others attending the meeting were foreigners. On or about May 25, 2005, I was called in to work as a secretary on the 3:00pm – 11:00pm shift. A technician (Victoria) asked me to assist another technician with transferring a patient back to bed. I refused because I was working as the secretary and because I had had some prior difficulty with the patient's family. Even though the clinical in charge agreed with my reasoning, I was still suspended with pay from May 26, 2005, to June 6, 2005. On May 26, 2005, I wrote a lengthy letter to the human resources office detailing the problems I have encountered.

MCHR Authorization _[signature]_ Date AUG 1 1 2005

I solemnly affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.
Authorization _____ Date _____

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures

I declare under penalty of perjury that the foregoing is true and correct.

Date August 1, 2005    Charging Party (Signature) _Bonita M Brown_

NOTARY (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month/Day/Year)

EEOC FORM 5 (Rev 07/99)

GUH0000193