# EXHIBIT

# 16

MAY. 27. 2005   3:20PM        NO. 2252   P. 2



ATTORNEYS AT LAW

Email: 

May 27, 2005

<u>*Via Facsimile (202-444-2418)*</u>

Shawnee Thomas, R.N.
Georgetown University Hospital
3800 Reservoir Road, NW
Washington, DC 20007

Dear Ms. Thomas:

Pursuant to your request, my sisters and I have prepared the following report based upon events that occurred on Wednesday, May 25, 2005:

> The night nurse, James, and the nurse's aid, Bonita Brown, came in to the room to turn our father, ▓▓ G▓▓▓, who was hospitalized with a broken hip. Initially, Bonita dropped the TV/Nurses call control on his injured leg, which caused him to grimace in pain, and then, without acknowledging his pain, immediately grabbed the sheet to turn him. When our father yelled out in pain, she again ignored him. At that point, I stood up and asked James and Bonita to stop, to explain what they were doing, and ask that they treat him gently.

> We questioned them because we all wanted to understand how they intended to move him because he had been in great pain throughout the day. Bonita said something which led me to say, "Listen, you have rights, we have rights, most importantly, my father has rights. And he has a right to understand what is happening and further, that it happen as gently as possible". My sisters echoed this concern. Then Bonita turned to us and said in an angry, petulant tone, "You all are <u>not</u> helping".

> From that moment the conversation spiraled downward. James tried to tell Bonita that he had it under control but she would not hush. We suggested that Bonita leave and get another aid. She refused and instead said she was going to get the charge nurse. We told her that would be fine.

EXHIBIT
8-Brown
8-13-07

GUH00000112



Shawnee Thomas, R.N.
May 27, 2005
Page 2

When the charge nurse came in she concluded it was a miscommunication, but I informed her that this incident was not mere miscommunication, but rather Bonita, simply put, was extremely rude.

If that had been the end of it, we would have dropped the matter, however, Bonita continued talking about it with all of the other staff, even into the next day. Unfortunately, I heard her on four different occasions make comments like "Oh, I can't go in there, I'm not allowed," and "you know these people come in here and are so rude".

We believe such behavior to be extremely unprofessional and quite juvenile, but worse, such behavior caused us to question the impact her continued innuendos to other staff would have on the care provided to our father. In these already stressful situations, fear of inferior care should not have become an issue.

I trust this report is sufficient, but should you have any questions or comments, please contact me. In the meantime, we look forward to hearing from you as to the resolution of this most unfortunate incident.

Very truly yours,



Esq.

cc:

GUH00000113