# EXHIBIT

# 17

6/2/05

The following statements are the best of my recollections of the incidents between staff member Bonita Brown and the G[redacted] family. While attempting to turn Mr. G[redacted] from one side to the other, Mr. G[redacted] had to be physically pulled. In doing so he experienced some pain and yelled out. His daughter stood up and yelled for us to stop. She explained that her father, as a patient has rights. At that point Bonita interrupted by saying "We are trying to make him comfortable and you're not helping us." The daughter continued to explain that her father has the rights to refuse services and that she would rather we not move him. Bonita interjected, saying maybe the charge nurse should be involved because the family members are not being helpful. The family agreed that the charge nurse needed to be informed of the situation. Bonita then left the room to inform the charge nurse. The charge nurse that night was Prax. She met with the family, the family voiced their concerns, soon thereafter the situation was resolved with the family requesting that Bonita not return to the room.

James Basio

GUH00000114