# EXHIBIT

# 18



## PROGRESS NOTES

| Date | |
|---|---|
| | 5/26/05 |

TO WHOM IT MAY CONCERN:

James B. asked me to assist him in room C4409 while he assessed a pt. J.B.B.; told James yes and I would be right there.

Proceeding on with assisting I spoke/greeted the family, told them who I was and why I was there, to assist James with his assessment and to make their father comfortable. Well one particular daughter was very anxious/hostile, and the other two sisters were very much calm. She, Ms. B████ daughter seem to think that I was very rash with her father by pulling and tugging him around in the bed. I immediately decided to remove myself from the room and went and got the Charge Nurse and they all spoke up and asked me not get the Charge Nurse involved. I said no because I didn't

GUH00000120

4R 050.010



**PROGRESS NOTES**

5-26-05

| Date | |
|---|---|
| | went then to feel uncomfortable w/ proceeded to get the Charge Nurse and removed myself from the room. |

GUH00000121

IR 050.010