# EXHIBIT

# 19

*[Handwritten: Orient Express 301-590-1000 tracking No: 561607 left @ door @ 2.50pm]*

# Georgetown University Hospital

**HUMAN RESOURCES**

*MedStar Health*

Sent Via Courier

June 1st, 2005

Bonita Brown
Clinical Technician
Cardiology/Interventional Short Stay Unit

Dear Ms. Brown:

This letter represents notice that you will be suspended with pay pending investigation from May 26th, 2005 to June 6th, 2005 for **gross misconduct**.

Specifically, on May 26th, 2005, it is alleged that you were asked by a nurse to help turn a patient, however the patient was in pain. The relatives of the patient asked that you stop turning him and explain the procedure to their father. You then became argumentative with the relatives of the patient and refused to get another member of staff to replace you at their request. You were then overheard by the family discussing the situation and talking about the patient's family members. Your alleged action is a blatant disregard of Georgetown University Hospital's **Code of Conduct** and *GUH policy #302 on Disciplinary Actions and Dismissals.*

The length of this suspension will be determined by the availability of the involved parties and witnesses with the intent to be concluded by June 6th 2005. However, Georgetown University Hospital reserves the right to increase or decrease the length of this period of investigation. You will be notified when to report back to your department.

You are expected to cooperate fully throughout the investigation, and be completely honest in answering questions and providing information to the Hospital. During the period of investigation you must devote your full effort to help bring this matter to close. You must remain available during normal working hours to meet and/or provide information to the investigator.

This is not a disciplinary action, and you will receive full pay and benefits during the period of investigation. Upon your return, a final disposition will be rendered in this matter. Should you have any question in regards to this notice, or reason for its issuance, please contact Patricia Eckert, Human Resources Generalist at 202-444-5249.

Sincerely,

*Michelle Y. Humphrey*

Michelle y Humphrey
Cardiology/Interventional Short Stay

I have received the original of this letter on this date:



GUH0000076

_____        _____
Employee Signature                          Date

GUH0000077