# EXHIBIT

# 20

**Georgetown University Hospital**
MedStar Health

PREPARED IN ANTICIPATION OF
LITIGATION & PEER REVIEW
— NOT A PART OF THE HOSPITAL RECORD —

## REPORT OF INCIDENT

1. NAME: 0436022 GREGG, FRED H
   ADDRESS: MOLINEUX, MICHAE NON M-
   2512 J ST NW WASHINGTON
   05/23/05 MED 7703619646
   UNIT #: C41 C4109A DOB 11/01/19

COMPLETE THIS REPORT IN THE EVENT OF AN ACCIDENT DISCOVERY OF A HAZARDOUS CONDITION, OR ANY OCCURRENCE WHICH IS NOT CONSISTENT WITH THE ROUTINE OPERATION OF THE HOSPITAL OR ROUTINE CARE OF A PATIENT.

(USE ADDRESSOGRAPH IF AVAILABLE)

2. ☒ Inpatient ☐ Outpatient ☒ Visitor ☒ Employee ☐ Other

3. SEX: ☒ M ☐ F
4. AGE:
5. IF PATIENT ADMISSION DATE: 5/23/05

6. INCIDENT DESCRIPTION
   Date: 5/26/05   Time: 1500
   Location of Incident: Bldg./Floor: CH-1   Room: 09
   ☐ ICU  ☐ Inpatient  ☐ Labor & Delivery  ☐ Nursery  ☐ Obstetrics  ☐ Operating Rm.  ☐ Patient Rm.  ☐ Recovery F.
   ☐ Cardiac Cath  ☐ EEG  ☐ Emergency  ☐ Imaging  ☐ Nuclear Medicine  ☐ Radiology  ☐ Dialysis  ☐ Phys. Ther.
   ☐ Radiation Therapy  ☐ Therapy  ☐ Admin. Offices  ☐ Elevator  ☐ Hall/Lobby  ☐ Stairs  ☐ Same Day Surgery
   ☐ Clinic  ☐ Morgue  ☐ Satellite Facility  ☐ Parking Lot  ☒ Other: Telemetry/Observation

7. ADMITTING SERVICE
   ☐ Cardiology ☐ Dermatology ☐ Emergency ☐ Endocrinology ☐ Family Medicine ☐ Gastroenterology ☐ Genetics
   ☐ Hematology ☐ Immunology & Allergy Infectious Disease ☐ Internal Medicine ☐ Neonatology ☐ Nephrology ☐ Neurology
   ☐ Oncology ☐ Pediatrics ☐ Podiatry ☐ Physical Medicine/Rehab ☐ Psychiatry ☐ Pulmonary Disease ☐ Rheumatology
   ☐ Trauma ☐ Anesthesiology ☐ Blood Bank ☐ Nuclear Medicine ☐ Radiation Therapy ☐ Radiology ☐ Other:
   Reason for Being in Hospital: _____

8. TYPE OF OCCURRENCE AND/OR RELATED FACTORS:
   ☐ Fall  ☐ Blood Transfusion  ☐ Equipment  ☐ Patient Behavior  ☐ Medication  ☐ Diagnostic Procedure  ☒ Communication
   ☐ Visitor: Faint / Fall (circle one)  ☐ IV Therapy  ☐ Therapeutic Procedure  ☒ Support Services  ☒ Other: Employee behavior

   SEVERITY:
   ☐ 0 – Legal Issue Only – Lost Medical Records, property damages, depositions.
   ☒ 1 – Emotional Only.
   ☐ 2 – Temporary Insignificant – Lacerations, contusions, minor scars, rash, no delay in recovery.
   ☐ 3 – Temporary Minor – Infections, fractures, missed fractures, recovery delayed.
   ☐ 4 – Temporary Major – Burns, surgical material left in, drug side effect.
   ☐ 5 – Permanent Minor – Recovery delayed.
   ☐ 6 – Permanent Significant – Loss of fingers, loss or damage to organs, non-disabling injury.
   ☐ 7 – Permanent Major – Deafness, loss of limb, loss of eye, loss of one kidney or lung.
   ☐ 8 – Permanent Grave – Paraplegia, blindness, loss of two limbs, brain damage, quadriplegia, severe brain damage, lifelong care or fatal prognosis.
   ☐ 9 – Death.

9. IF FALL FROM BED, SIDERAILS POSITION: ☐ One Up-Full ☐ Two Up-Full ☐ One Up-½ ☐ None Up
   BED POSITION: ☐ Locked ☐ Fixed ☐ High ☐ Low

10. WERE ANY OF THE FOLLOWING MEDICATIONS GIVEN IN THE PAST FOUR (4) HOURS: ☐ No ☐ Yes
    ☐ Sedative ☐ Laxative ☐ Diuretic ☐ Insulin ☐ Narcotic ☐ Other: _____

11. AMBULATION PRIVILEGE: ☐ Unlimited ☐ Limited w/o Assistance ☐ Limited w/ Assistance ☐ Bedrest ☐ Not Specified

12. DESCRIPTION OF INCIDENT (State Significant Facts in Chronological Order): See attached sheet.
    Incident regarding Sonta Brown's behavior.

13. PHYSICIAN OF RECORD: 5/26 7a-7p  5/25 7p-7a   DEPT.: CH-1
    R.N. OR L.P.N. ASSIGNED
    TO PATIENT AT TIME OF OCCURRENCE: Rita / James   N.C./CHARGE NURSE: Shaunee Thomas, RN

    RESIDENT (Year): _____
    OTHERS PRESENT DURING THE TIME OF OCCURRENCE:
    Name: _____ Status: _____
    Name: _____ Status: _____

14. PERTINENT FINDINGS BY EXAMINING PHYSICIAN: _____

EXHIBIT
q Brown
8-13-07

72-808100 (5/01)

GUH000001
USED ON REVERSE



**PROGRESS NOTES**

| Date | 5/26/05 |
|---|---|
| | I left the unit for 10 minutes around 1630. While I was walking on the unit, I heard my name being called. When I asked was something wrong, I was told that a family member was looking for me due to a complaint. The family member(s) went to 4E to find the manager. The family was informed that the manager for C4-1 was out, the ANC could not be found (due to lack of #). The family was then directed to the Nursing Administration which gave the call to Mary, Clinical Administra. I got in touch c̄ Mary who informed me of a complaint made by C4109 (G███'s) family. She asked me if I could come downstairs so that we could speak. She also said that the incident involved Bonita Brown and that she was to go to our break room and not be on the floor until I returned to say otherwise. Mary informed me that the patient's family was upset in regards to Bonita's behavior. They said she was argumentative and refused to leave the room when she was asked. The family asked her to leave again and Bonita said she was going to get the charge nurse. The family said they did not need the charge nurse |

Incident started 5/25 7p-7a

GUH00000116

**GEORGETOWN UNIVERSITY HOSPITAL**
**PROGRESS NOTES** (continued)

| Date | |
|---|---|
| | (Prax) but Bonita got the charge nurse anyway. Prax spoke with the family and apologized to them for Bonita's behavior. On Thursday (the next morning) during the late afternoon, the family told the clinical that she overheard Bonita making comments in reference to the family incident. She was heard saying that she couldn't go into 4109 because the family didn't want her there. Bonita said that the family wouldn't let her do her job. The night before she told the family that they weren't helping her. The family was very annoyed and felt that Bonita was "poisoning" the staff against them. As a result, Bonita was suspended with pay pending further investigation for C&C violation. — Shawneé Thomas, RN, charge nurse |
| | see attached statements from: The G▓▓▓ family, Bonita Brown, CT |



## PROGRESS NOTES

| Date | |
|---|---|
| 5/26/05 | I left the floor to meet with Mary, clinical administrator. Before I left, I pulled Bonita to the side and told her that she was the center of the complaint. I informed her that she could not stay on the floor, that she was to stay in the back and not be present on the floor until I return to say otherwise. While away from C4-1, Mary and I received a call from Karen in patient placement. She said she called C4-1 and someone answered the phone very rudely. Karen said she called back and was told that it was Bonita who answered. Karen said that Bonita was rude, loud, and unprofessional.<br>When I returned to the floor, Lauren informed me that Bonita's behavior was "out of control." She said that Bonita was unprofessional c̄ the staff and with answering the phones.<br>— Shawnee Thomas, charge nurse, C4-1<br>See attached statements from: Lauren Stringi, RN<br>Karen Jackson, patient placement |