# EXHIBIT

# 21



Georgetown University Hospital
MedStar Health

## PROGRESS NOTES

| Date | |
|---|---|
| 5/26/05 | @ 1800<br>Bonita Brown is taking on the job on secretary on 5/26. Her attitude throughout has been unprofessional, uncurteous, angry & disrespectful. She answered the phone (when patient placement called) without ~~curtessy~~ curteousy. When Shawnee, our charge nurse was off the unit, she acted out of control due to the fact that she was not able to find a charge nurse. 3 other nurses were on the unit. One other "often charge nurse" could have easily taken on Shawnees role while she was away. Bonita made the unit seem hectic, chaotic. She was not acting as a team player or a positive role for Georgetown Hospital.<br><br>[signature] RN<br><br>Shawnee Thomas, R<br>— Charge Nurse |

R 050.010

GUH00000119