# EXHIBIT

# 22

05/27/05

On Thursday, May 26, 2005 @ 6:00 pm I phone C41 to speak with the charge nurse to get a patient placed. The phone was answered by Bonita who was very unprofessional and rude. I did not know the name of the person who answered until I asked the nurse (Lauren) that I spoke to.

Yours Truly
Karen Jackson
(Patient Placement)

GUH00000122