# EXHIBIT

# 23



**Georgetown University Hospital**

Case Management Department

08/01/05

Dear Ms Brown,

This is to inform you that there is a meeting scheduled with you and myself on Wednesday 3rd August 2005 in my office M4326 at 8pm. Please ensure that your union representative is present with you.

Thank you,

*Michelle Y. Humphrey*

Michelle Humphrey
Nurse Coordinator
Cardiology/Interventional Short Stay Unit



000013

MedStar Health
3800 Reservoir Road, NW, Washington DC, 20007-2197