# EXHIBIT

# 24

Statement of events.

*Copy original forwarded to HR*

08/17/05

I came in at 20.00hrs to issue Bonita Brown her Performance Evaluation. Firstly I spoke with Fazilit Ali to request a witness at this meeting.
At 21.20 I called Bonita Brown on C41 to ask her if she would come over to my office (M4326). Bonita replied "What for?" I replied "If you would please come over I will explain everything to you" Bonita replied "No I'm not coming over, anyway I was told I was not to have any meetings with you, and anyway I do not have rep" I said "You do not need a rep this is not a disciplinary action" Bonita stated "I don't care I'm not coming" I replied "Are you refusing?" Bonita stated "Yes' I replied "you do realize that by refusing to come to my office is a refusal of a direct order and that is insubordination which will lead to a disciplinary action' Bonita replied "See here you go again with this I told you I'm not coming" And Bonita hung up the phone on me.
Fazilit Ali then called security and ask if they would accompany us to C41.
On arrival to C41 Fazilit asked to speak to Bonita Brown she stated she had nothing to say. Fazilit asked her again if she could talk to her. Bonita said "I'll speak to you but I'm not speaking to her" (Bonita pointed at me). Fazilit asked her to step off the unit Bonita stood in the doorway of the unit and stated she was "not going to any office" Fazilit replied "well alright since you are refusing to step off the unit and meet with Michelle you need to go home". Bonita replied "o.k." and walked away from us.
I then asked her could she please get her things and ensure she signs out. Bonita turned around and looked me in the eyes and held one hand up to me with her palm facing me, then went to the locker room and collected her belongings.
Security then escorted her out of the building at 21.25hrs

*Michelle T. Humphrey*

Michelle Humphrey, RN
Nurse Cordinator

GUH00000128