# EXHIBIT

# 25

*copy of original*

August 17, 2005

To whom it may concern:

I, Fazalit Ali, Clinical Administrator, was asked by Michelle Humphrey, Nurse Coordinator, to witness Performance Evaluation to be given to Bonita Brown.

Ms. Brown refused to meet with Ms. Humphrey in her office.

I asked Ms. Brown to speak with us while Ms. Humphrey and Security Officer Edwards were present. Ms. Brown offered to speak with me and not Ms. Humphrey. She stated "I will not go to her office" while pointing at Ms. Humphrey. She refused to leave the unit to speak with us.

Ms. Brown was informed to sign out and leave the hospital premises. She agreed to leave in a very angry and loud voice. She was escorted with all her belongings out of the building by officer Edwards at 2125.

_____

Fazalit Ali, RN, MSN
Clinical Administrator
Georgetown University Hospital

GUH00000129