# EXHIBIT 26

# Memo

**To:** Michelle Humphrey
**From:** Praxedes Fofung
**CC:** [Click here and type name]
**Date:** August 18, 2005
**Re:** Gross Insubordination by Bonita Brown

---

On the night of August 17th, 2005 I was witness to gross insubordination by Bonita Brown to her boss Michelle Humphrey. The chain of events leading up to this proceeded as follows: I was in charge of the floor and shortly after 9.00 pm Michelle called to tell me that she will be pulling Bonita briefly off the floor for a meeting. A few minutes later Michelle called and asked to speak Bonita. When Bonita picked up the phone I heard her say "what do you want? What do you want to see me about? I can't meet with you right now! I can't have any contact with you! Not right now! Look, I will call you back."

The tone of voice that Bonita used was extremely rude, belligerent and disrespectful towards her boss, Michelle. After the incident I was so flabbergasted by what happened that I called Michelle to make sure that she was alright.

After that Bonita went to the supply room and started talking on her cell phone. When she came out, she asked if I knew that she had to have a meeting with Michelle before she came to work. I told her that Michelle had notified me as the charge nurse that she was going to pull her off the floor briefly for a meeting, and that I was informed just a few minutes before she got the call from Michelle.

Praxedes Fofung

RN Georgetown University Hospital

GUH00000130