# EXHIBIT

# 27



# Georgetown University Hospital
*MedStar Health*

November 3, 2005

Ms. Bonita M. Brown
Clinical Technician
Short Stay Unit

Dear Ms. Brown:

This represents a written warning for gross misconduct.

Specifically, on August 17, 2005, you refused twice to follow my instructions to report to my office to meet with me. For clarification I asked you if you were refusing my directive and that by refusing to come to my office is insubordination. You answered that you were not coming.

You are advised that behavior such as this will not be tolerated and that future occurrences may result in more severe disciplinary action, up to and including dismissal. In issuing you this written warning, I have considered that you were issued a written warning on August 1 2005, for failing to sign in and out properly on your timesheet.

This warning is being issued in accordance with Georgetown University Hospital's Human Resources Policy # 302 Disciplinary Actions and Dismissals and the CBA between Georgetown and District 1199E-DC SEIU Article XXI.

You have the right to contest this decision by filing a dispute with Human Resources under provisions outlined in Article XXII of the Collective Bargaining Agreement between Georgetown University Hospital and District 1199-DC, SEIU. However, a dispute filed under these provisions must be filed no later than twenty-one (21) calendar days from the date you receive this notice.

Sincerely,

*Michelle Y. Humphrey*
Michelle Y. Humphrey
Nurse Manager

EXHIBIT
12-Brown
8-13-07CV

I have received the original of this letter on this date:

_____        _____
Signature                              Date