# EXHIBIT

# 28



## Georgetown University Hospital
*MedStar Health*

August 19, 2005

Ms. Bonita M. Brown
Clinical Technician
Cardiology/Interventional Short Stay

Dear Ms. Brown:

This letter represents notice that you will be removed from the schedule until you meet with me to discuss your annual performance evaluation.

I may be reached at pager (202)542-1265 or directly at (202)444-6597 to schedule this meeting.

Please be advised that your display of insubordinate behavior on August 17, 2005, is currently being reviewed by Employee and Labor Relations and will be addressed upon your return to duty.

Should you have any questions regarding this notice, or the reason for issuance, please contact me directly.

Sincerely,

*Michelle Y. Humphrey*
Michelle Humphrey
Nurse Coordinator

EXHIBIT
13 Brown
8-13-07

I have received the original of this letter on this date:

_____     _____
Employee Signature                Date

COPY