# EXHIBIT

# 29

Georgetown
University
Hospital

*Recieved 11/14/05 MyKwipwg*
*S. Thomas*
*Angela*

# FAMILY AND MEDICAL LEAVE APPLICATION

Complete and Return to Department Manager

| 1. EMPLOYEE INFORMATION | 2. DEPARTMENT INFORMATION |
|---|---|
| a. Name Bonita N Brown | a. Dept. Name Short Stay C41 |
| b. SSN 212942021 | b. Supervisor Melody Attok R.N. |
| c. Phone 3018850859 | c. Supervisor's Phone 202-444-2411 |

**3. REASON FOR REQUESTING FAMILY AND MEDICAL LEAVE (Check all that apply):**
a. ☐ Care for Newborn Child
b. ☐ Care for Adopted or Foster Child
c. ☐ Care for the Serious Health Condition of my
   ☐ Child
   ☐ Spouse
   ☐ Parent
d. ☒ Care for my own serious health condition, which prevents me from performing the functions of my position.
   *Please have your physician complete the Medical Certification Form and return to the Benefits Office as soon as possible.*

**4. DURATION/TYPE OF LEAVE**
a. Date Leave Begins 08-22-05       b. Anticipated Return Date 10-31-05

This leave will be taken:
a. ☒ On a full-time basis
b. ☐ Intermittently or on a reduced schedule basis
   (If this option is selected, employee must submit a copy of their work schedule, approved by their supervisor, along with the completed Family and Medical Leave Application)

**5. TERMS OF LEAVE**

I understand that I am applying for leave under the Federal Family and Medical Leave Act (FMLA) of 1993 and the District of Columbia family and medical leave laws. While family and medical leave is usually unpaid, I understand that I may use paid leave as a substitute for unpaid leave. I further understand that, in addition to this application, I must also complete a Request for Leave or Approved Absence.
(Refer to Human Resources Policy 603 for more information on family and medical leave eligibility.)

**Employee Responsibilities:**
- Have Healthcare Provider complete the Medical Certification Form. The Medical Certification Form must be completed within 5 business days of submitting this application. Failure to provide this form within the specified time may result in a delay in processing your application.
- Make arrangements with the Benefits Office to continue your benefit premium payments. You are responsible for paying the employee contribution for all benefit plans in which you were enrolled prior to requesting FMLA Leave. If you are unable to make the premium payments while you are on unpaid leave, you must contact the Benefits Office to make alternate arrangements. If you have not made alternate arrangements with the Benefits Office and your premium is more than 30 days late, the Hospital – with 15 days advance written notice – may drop your coverage under all optional plans in which you participated.

**Before You Return To Work:**
If you are using FMLA for your own serious health condition, your Healthcare Provider must complete a Return to Work Certification form before you will be permitted to return to work.

**If You Do Not Return To Work:**
I understand that if I do not return to work on the date indicated above (or another date as specified by me and agreed to by the Hospital) for reasons other than my inability to return to work due to my own serious health condition, my employment may be terminated by the Hospital as of the date my leave expired.

**6. OFFICIAL ACTION ON REQUEST**

☒ Approved     ☐ Denied

EHS _____     Date 9/2/05

Human Resources Only: HRG Initials/Date AF 9-1-05     Specialist Initials/Date

Revised July 1, 2003


EXHIBIT 15 Brown 8/13/07 CL

GUH0000306



E.H. 9|11|10

# REQUEST FOR LEAVE OF ABSENCE (LOA)

Complete and Return to Department Manager.

| 1. NAME (Last, First, Middle Initial) | 2. SOCIAL SECURITY # | 3. PHONE |
|---|---|---|
| BROWN Bonita M | 218942071 | 3018850259 |
| 4. ORIGINAL HIRE DATE | 5. DEPARTMENT NAME | 6. DEPARTMENT # |
| 3-25-03 | Shortstay Interventional C41 | 3288 |

| 7. TYPE OF LEAVE/ABSENCE | DATE From | DATE To | TIME From | TIME To | TOTAL HOURS |
|---|---|---|---|---|---|
| ☐ Paid Leave | | | | | |
| ☐ Unpaid Leave | | | | | |
| ☐ Sick Leave | | | | | |
| ☑ STD/LTD Leave (Runs concurrent with FMLA. See policy #604.) | 8-22 | 10-31 | 7PM | 7AM | 72 hrs Bi-weekly |
| ☐ Vacation Leave (Union only) | | | | | |
| ☐ Compassion Leave (See policy #608.) | | | | | |
| ☐ Court/Jury Duty Leave With Pay (Copy of Summons required. See policy #610.) | | | | | |
| ☐ Military Leave With Pay (Copy of Orders Required. See policy #607.) | | | | | |
| ☐ Other | | | | | |

8. REMARKS:

9. CERTIFICATION: I hereby request leave from duty and certify that such leave is requested for the purpose(s) indicated. I understand that I must comply with Georgetown University Hospital procedures for requesting leave of absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action up to and including dismissal. I also understand that if my leave of absence is more than 30 days, I must contact the Benefits Office (202-444-3576) to arrange for premium payments.

EMPLOYEE SIGNATURE Bonita M Brown   DATE 8-22-05

10. OFFICIAL ACTION ON REQUEST:
☐ Approved/Non-FMLA   ☐ Approved FMLA
☐ Denied   Reason denied _____
(If annual leave denied, initiate action to reschedule.)

DEPT. HEAD SIGNATURE _____   DATE _____

Human Resources Only: HRG Initials/Date _____ / _____   Specialist Initials/Date _____

[1] Complete a Family and Medical Leave Application, if applicable
[2] If leave of absence will be more than 30 days, please contact the Benefits Office at (202) 444-3576 to arrange for premium payments

Revised July 1, 2003

GUH0000307