# EXHIBIT

# 30

November 4, 2005

Ms. Bonita M. Brown
2002 Amber Leaf Place #16
Waldorf, MD 20602

Dear Ms. Brown:

We have received notification that your Family Medical Leave expired on October 31, 2005. You were therefore expected to return to work on November 7, 2005. However, per our conversation on Friday, November 4, 2005, you informed me that you canceled your return to work appointment with Employee Health Services due to a new medical condition and that you would be requesting additional time off.

I am therefore enclosing a Family Medical Leave Packet for you to complete regarding your <u>new medical condition</u>. As stated in our conversation on 11.04.05, you are expected to provide <u>a new medical certification form</u> to Employee Health. This form may be faxed directly to Employee Health at (202) 444-6009. If you have any questions regarding the medical certification, please contact Employee Health directly at (202) 444-3680.

Failure to provide the requested documentation may result in disciplinary action up to and including dismissal. Please contact me if you have any questions regarding this notice (202) 444-7666.

Sincerely,


Sonya Gaither
Director of Employee and Labor Relations
Cc: Sonya Gaither

