# EXHIBIT

# 31

NOV-14-05  01:47 PM   BONITA BROWN         301 499 4576         P.01

# NOVEMBER 14, 2005

## ATTENTION: SONJA GAITHERS

## FROM: BONITA BROWN



EXHIBIT
19 Brown
8730cr

NOV-14-05 01:45 PM    BONITA BROWN

NOVEMBER 14, 2005

**ATTENTION: SONJA GAITHERS, EMPLOYEE LABOR AND RELATIONS**
**MICHELLE HUMPREY, MANAGER**

I BONITA BROWN AM SUBMITTING THIS LETTER TO THE ABOVE MENTIONED, EFFECTIVE TODAY NOVEMBER 14, 2005, UNDER THE CIRCUMSTANCES, I AM RESIGNING FROM MEDSTAR HEALTH, INTERVENTIONAL RADIOLOGY/ SHORT STAY UNIT C-41 AS A CLIN TECH.

SINCERELY,

*Bonita Brown*

BONITA BROWN