# EXHIBIT 32



# Georgetown University Hospital

*MedStar Health*

*Issued 8/4/05*

*Sent via Fed Ex, certified & regular mail & unit mailbox*

August 4, 2005

Bonita Brown
Clinical Technician
C4-1

Dear Ms. Brown,

On August 1, 2005, I notified you in writing that I wished to meet with you in the presence of your union delegate on Wednesday August 3, 2005.

On Wednesday August 3rd at approximately 8:00 pm, I called you from my office to tell you that I was ready to start the meeting. You did not report to my office as scheduled. A short time later your union delegate Charles Lawson stated that you were not going to meet with me. He restated this same assertion in the presence of the Clinical Administrator.

Therefore, I am issuing the enclosed written warning, in accordance with Article XXI sect 5 of the Bargaining Unit Agreement which states "written warnings must be issued within 10 days following the alleged conduct".

Should you wish to further discuss this written warning please feel free to contact me to set up such an appointment.

Sincerely

*Michelle Y. Humphrey*

Michelle Humphrey, R.N.
Nursing Coordinator C4-1/ 4 East



GUH0000257