# EXHIBIT

# 33

## AGREEMENT

Made and entered into as of this first day of January 1, 2005 by and between Georgetown University Hospital ("the employer" and District 1199E-DC, Health Care Workers Union, S.E.I.U. ("the union").

## WITNESSETH

WHEREAS, the employer recognizes the union as the exclusive collective bargaining representative for the employees covered by this Agreement ("the employees"); and

WHEREAS, it is the intent and purpose of the parties hereto that this Agreement promote and improve the mutual interests of the employer and of the employees, avoid interruptions and interferences with the services to the employer and set forth herein their agreement covering rates of pay, hours of work and conditions of employment,

NOW THEREFORE, in consideration of the mutual covenants herein contained, the parties agree as follows:

## ARTICLE 1

## DEFINITIONS

Except as otherwise herein defined or except as the context herein may require a different meaning, the following definitions shall apply throughout this Agreement.

1.  <u>Bargaining Unit</u>: The bargaining unit covered by the Agreement shall consist of employees working for the employer in the job classifications set forth in Appendix A hereof (such Appendix being specifically made a part of this Agreement), and such employees included by the National Labor Relations Board in Case No. 5-RC-11061. Any newly created classification which would be included in accordance with the expressed intent of NLRB Case 5-RC-11061 shall be included. In the event a newly created classification causes an unresolved dispute between the union and the employer, the issue will be submitted to arbitration in accordance with Article 23. Specifically excluded are university student employees, office clerical employees, technical employees, confidential, executive, professional and managerial employees, part-time employees who work less than sixteen (16) hours per week, guards and supervisors as defined by the National Labor Relations Act and temporary employees as defined by this Agreement.

2.  <u>Employees</u>: When used in this Agreement, The word "employees" means members of the bargaining unit working sixteen (16) hours per week or more.

3.  <u>Regular part-time employees</u>: Those employees employed for sixteen (16) hours per week or more but less than full time.



EXHIBIT
17-Brown
8-1707CL

1

GUH0000008

4. <u>Temporary employees</u>: Those who are hired for a period of up to four (4) months and who are so informed at the time of employment, those who are hired for special projects, or those who are hired to replace an employee on a leave of absence. If a temporary employee is hired to replace an employee on a leave of absence, the period of temporary employment may be extended to cover the entire period of the leave of absence. The union shall be notified in the event of any such extension. With the exception of a temporary employee hired to replace an employee on leave of absence, or a temporary employee hired for a special project, if a temporary employee is employed for more than four (4) months, such employees shall become a permanent employee. For the purposes of this Section, the term temporary employee hired for a special project shall include employees hired for projects lasting no longer than one year. Should an employee on leave of absence return to work, any temporary employee hired as a replacement may be laid off. If more than one temporary employee is hired to replace an employee on leave of absence, the employee latest hired shall be laid off first. Any person hired as a temporary employee more than two (2) times in any twelve (12) month period shall be offered permanent employment.

5. <u>Bargaining unit seniority</u>: The length of time an employee has worked continuously employed in any capacity by the employer.

5b. <u>Classification seniority</u>: The length of time an employee has worked continuously in a specific job classification within the bargaining unit.

6. <u>Regular rate of pay</u>: The straight time rate of pay per hour for the pay grade assigned to an employee's regular job classification. In the event an employee is over scale, the regular rate of pay is defined as his actual straight time rate, exclusive of any premium.

7. <u>Regular work week</u>: Except as modified under Article 11, Section 6 of this Agreement, which provides for flexible staffing, the regular work week consists of forty (40) hours a week beginning on Sunday and ending on the following Saturday. Two (2) consecutive work weeks constitute a full pay period. One time during the life of this Agreement, the employer may change the work week. The employer agrees to notify the union ninety (90) days before such a change is made. The employer further agrees to assist any employee facing seriously adverse circumstances as a result of any such change.

8. <u>Regular work day</u>: Except as modified under Article 11, Section 6 of this Agreement, which provides for flexible staffing, a regular work day shall consist of between eight (8) and twelve (12) consecutive hours, as determined by the employer, and an unpaid meal period. A change in the current regular work day of an entire department must be mutually agreed upon by a majority of the employees of that department and the employer. A change which affects the current regular work day of only one employee must be mutually agreed upon by that employee and the employer.

9. <u>Accrued leave</u>: Leave is accrued on a bi-weekly basis at the end of a full pay period.

2

GUH0000009

10. The masculine shall include the feminine; the singular shall include the plural.

11. Unless specifically so indicated or the context clearly requires otherwise, days mean calendar days, rather than working days.

## ARTICLE 2

## UNION RECOGNITION

1. The employer recognizes the union as the exclusive collective bargaining representative for the bargaining unit, as such terms is defined an Article 1, Section 1 of this Agreement.

2. This Agreement shall apply, and be in full force and effect, at any location within the metropolitan Washington area to which the employer may move. This Agreement shall apply to any new or additional facilities of the employer in the metropolitan Washington area during the life of the Agreement.

3. At the time a new employee is hired into the bargaining unit, as that term is defined in Article 1, Section 1 of this Agreement, the employer shall deliver to such employee a written notice, in the form supplied by the union, that the employer recognizes, and is in contractual relations with, the union. Such notice shall quote or paraphrase the provisions of Articles 3 and 4 of this Agreement. The form of such notice shall be mutually agreed upon between the employer and the union.

4. The employer shall make it possible for a union representative or Union Executive Board Member to meet with new employees following the employee's regular orientation sessions. Such Executive Board Members will not receive compensation from the employer when conducting such union orientation sessions

## ARTICLE 3

## UNION MEMBERSHIP

1. All present employees who are members of the union and the employees upon completion of their probationary period shall become members of, and maintain their membership in good standing in, the union for the duration of this Agreement as a condition of continued employment.

2. All employees hired on or after their effective date of this Agreement, upon satisfactory completion of their probationary period, shall become members of the union and maintain their membership therein for the duration of this Agreement as a condition of continued employment.

3

GUH00000010

3.   For the purpose of this Agreement, an employee shall be considered a member in good standing of the union if he tenders his initiation fee and such periodic membership dues as are uniformly required by the union as a condition of membership.

4.   An employee who has failed to join the union or who fails to maintain his membership in good standing therein as required by this Article shall, within forty (40) days following receipt of a written demand from the union to the employer requesting discharge, be discharged if, during such period, the initiation fee and dues have not been tendered.

5.   The employer assumes no obligation, financial or otherwise, arising out of the provisions of this Article, save those obligations specifically imposed upon the employer by this Article.  The union shall indemnify and hold the employer harmless from any and all claims, grievances, arbitrations, awards, suits or other proceedings arising out of, or by reason of, any action taken by the employer for the purpose of complying with any of the provisions of this Article.

## ARTICLE 4

## CHECK-OFF

1.   Upon receipt of written authorization from an employee in the form attached hereto as Appendix C, the employer shall, pursuant to such authorization, deduct from the wages due such employee each month the initiation fee and such periodic membership dues as are required by the union and remit the funds so deducted to the union at its office in Baltimore, Maryland.

2.   The employer shall submit to the union each month all deductions for dues and initiation fees made from the wages of employees for the preceding month, together with a list of all employees from whom dues or initiation have been deducted.  The employer shall also send a copy of this list to the union's office in Baltimore, Maryland.  The employer agrees to furnish the union each month with the names of newly hired employees, their addresses, social security numbers, classifications of work, their dates of hire, and names of terminated employees, together with their dates of termination, and names of employees on leave of absence.  To the extent feasible, the employer agrees to provide the union with alphabetical lists whenever such lists are required.  The union agrees promptly to furnish the appropriate addresses for the remission of funds and the submission of lists and to keep the employer advised of any changes thereof.

3.   The employer shall be relieved from making such checkoff deductions upon an employee's (a) termination of employment, (b) transfer or promotion to a job outside the bargaining unit, (c) lay-off, (d) authorized leave of absence, or (e) failure to earn wages equal to the required deduction during the applicable pay period.  Upon the return of an employee to work in the bargaining unit from one of the absences enumerated in (a) through (d) herein, or the removal of exception (e) herein, the employer shall resume the obligation of making such deductions if a current authorization is then in effect.  However, nothing herein relieves any such

4

employee of his obligation to tender the required dues and initiation fee pursuant to the union constitution in order to maintain his union membership.

4.    Employees who do not sign the written authorization referred to in Section 1 of this Article, and who are required to become and to remain members of the union as a condition of continued employment, must adhere to the same payment procedure and schedule by making payments directly to the union.

5.    Upon receipt of written authorization of an employee on a form prepared by the union and approved by the employer, the employer shall deduct from the wages due such employee each month a contribution in the amount specified by such authorization to be remitted to the 1199E-DC Committee on Political Education (hereinafter referred to as "COPE checkoff deductions"). The employer shall be relieved from making such COPE checkoff deductions upon revocation of the checkoff authorization by the employee.

6.    The employer assumes no obligation, financial or otherwise, arising out of the provisions of this Article, save those obligations specifically imposed upon the employer by this Article. The union shall indemnify and hold the employer harmless from any and all claims, grievances, arbitrations, awards, suits or other proceedings arising out of, or by reason of, any action taken by the employer for the purpose of complying with any of the provisions of this Article.

## ARTICLE 5

## UNION ACTIVITY, VISITATION AND BULLETIN BOARDS

1.    A representative of the union shall have reasonable access to the employer's premises for the purpose of conferring with the employer, with delegates of the union, with employees and for the purpose of administering this Agreement. Where such union representative finds it necessary to enter a department of the employer for this purpose, such representative shall first advise the Manager of Employee and Labor relations or his designee, as the employer shall state.

2.    The employer shall provide in an area in the hospital for union representatives to carry out these functions. Any additional need for space will be arranged by the employer upon the union providing adequate advance notice of its need therefore. The employer will continue its efforts to locate, and to make available to the union, an easily accessible area for union representatives to carry out their functions without impinging on patient care areas.

3.    Employees whom the union notifies the employer in writing have been designated as its delegates may leave their jobs during working hours for the purpose of reviewing matters arising out of this Agreement and which involve the department or section they represent if such matters require immediate attention, provided they first obtain permission to leave their work area from the immediate supervisor. Such permission will not be granted at

5

times when it interferes with the efficient operation of the employer, but such permission shall not unreasonably be denied.

If necessary, a delegate in one department or area may substitute for a delegate in another department. A delegate intending to go to a department other than the one he represents shall first advise the personnel director or his designee, as the employer shall state, who shall then inform the supervisor in the department where the substitution is to be made. Such visits shall not interfere with the operation of the employer.

4. It is understood that the regular Leadership Conference/Delegate Assembly is held yearly. The Union agrees to provide the Employer with not less than one (1) month's advance notice of the regular yearly meeting. The work schedules of employees elected as union delegates shall be adjusted to permit attendance at the regular Leadership Conference/Delegate Assembly and at any emergency and/or special delegate meetings, provided the Employer's efficient operations shall not be impaired thereby. Except in the case of an emergency, delegates scheduled to work between 7:00p.m. and 9:00p.m. will be rescheduled, upon request, so that they will not suffer a loss of pay as a result of attending the delegates meeting.

5. Except in case of emergency, union delegates will be given time off without pay to attend official union business functions provided the union gives the employer at least two (2) weeks prior notice thereof.

6. No employee shall engage in any union activity, including the distribution of literature, which interferes with the performance of work during his working time, or in the working areas of the employer at any time, except as permitted by this Agreement.

7. The employer shall provide six (6) unlocked bulletin boards, which may be used by the union for posting official union notices. Such bulletin boards shall be placed conspicuously at places readily accessible to workers in the course of their employment in the following locations:

> Two (2) in the men's and ladies' locker rooms, CCC ground floor;
> One (1) on southeast wall, lower level Bles;
> One (1) in lounge, 4th floor CCC;
> One (1) in vending room Bles;
> One (1) in elevator area, ground floor of Hospital.

## ARTICLE 6

## PROBATIONARY EMPLOYEES

1. Newly hired employees shall be considered probationary for a period of sixty (60) days from the date of employment, excluding days absent for illness and other leaves of absence. For cause, the employer may extend the probationary period for an additional thirty (30) days. In the event a probationary period is extended an additional thirty (30) days, the

6

employer will notify the union. In accordance with the provisions of Article 3, Section 2 of this Agreement, at the conclusion of such probationary period such employees shall become members of the union and shall maintain their membership therein for the duration of this Agreement as a condition of continued employment.

2.    During or at the end of such probationary period, the employer may discharge such probationary employees at will and such discharge shall not be subject to the grievance and arbitration provisions of this Agreement.

## ARTICLE 7

## SENIORITY

### 1.    Commencement

An employee's seniority shall commence after the completion of his probationary period and shall be retroactive to the date of his most recent hire.

### 2.    Accrual

Bargaining unit seniority, as defined in Article 1, Section 5 of this Agreement, shall continue to accrue during a continuous authorized leave of absence without pay, for the period of maternity leave, during an authorized leave of absence without pay, during a period of continuous layoff and during sick leave.

### 3.    Temporary Employees

Temporary employees, as defined in Article 1, Section 4 of this Agreement, shall have no seniority during the time they occupy the status of temporary employee; but should any such temporary employee become a regular employee, his seniority shall be retroactive to the date of his employment.

### 4.    Loss of Seniority

Any employee's seniority shall be lost when he:

(a)    terminates voluntarily;

(b)    is discharged for cause;

(c)    is laid off for a period of one year, or for a period exceeding the length of such employee's continuous service, whichever is less;

(d)    willfully exceeds an authorized leave of absence;

7

GUH00000014

(e)    fails to report to work for three (3) consecutive days and fails to make proper notification to the employer as to the reason for such absence (unless physically unable to do so);

(f)    fails to return to work within three (3) consecutive days after due notification by the employer of recall from lay-off, without the employee so recalled notifying the employer during said three (3) days (unless physically unable to do so) of an accident of illness preventing the employee from working, as evidenced by written certification of a physician or other proof if requested by the employer, or other satisfactory reason for such absence.

## 5.   **Application**

Bargaining unit seniority shall apply in layoffs in accordance with the provisions of Article 8, Section 1 of this Agreement and in the computation and determination of eligibility for all benefits provided for by this Agreement in which length of service is a factor.

# ARTICLE 8

# LAY-OFF AND RECALL

## 1.   **Lay-off**

(a)    In the event of a lay-off within a job classification, the following order of lay-off shall be followed: first, temporary employees within that job classification; second, probationary employees without regard to their individual periods of employment; third, part-time employees working less than sixteen (16) hours per week, and fourth, regular employees on the basis of their bargaining unit seniority.

(b)    In the event an employee is scheduled to be laid off in one department and there is a job vacancy in another classification within the bargaining units for which the employee is qualified and has the ability to perform, the employee will be assigned the vacant position. In the event there is more than one employee scheduled for a lay-off, bargaining unit seniority shall prevail in assigning qualified employees. For this purpose, an employee may be placed into a vacant job of an equal, higher or lower grade level than his current grade level. For purposes of this Article, jobs in the same pay grade or lower which are occupied by probationary employees are to be considered vacant.

(c)    In the event no vacant jobs exist as described in sections (a) and (b) of this Article, and there is a job in an equivalent or lower pay grade within the department, occupied by an employee with less seniority, for which the affected employee is qualified and has the ability to perform, the employee with the greater bargaining unit seniority shall displace the employee in the department with the least bargaining unit seniority working the equivalent number of regular hours. The procedures described in sections (a), (b), and (c) of this Article

8

GUH00000015

shall be continued until all affected employees have received appropriate consideration within the department.

(d)     If, after implementation of the procedures in sections (a), (b), and (c) of this Article, an employee has not been placed in a vacant job or has not been placed through the displacement of a junior employee in a job within his department, the employee shall displace the least senior employee in the bargaining unit, working the equivalent number of regular hours, in the department to which the least senior employee is assigned, but only in a job classification for which the senior employee is qualified.

(e)     Every attempt will be made to keep employees on their current shift. If that is not possible, the shift to be worked by employees affected by the provisions of this Article shall be the shift assigned the vacant position or the shift worked by the employee displaced as a result of implementation of this Article. An employee displacing a less senior employee shall work the shift assigned to such less senior employee prior to displacement.

(f)     An employee shall receive two (2) weeks advance notice prior to being laid off or shall receive two (2) weeks pay at the employee's regular rate of pay for his normal work week in lieu of such notice.

(g)     In the administration of this Article, the employer has the right to determine if the employee is qualified for any job classification.

2.   **Severance**

(a)     Severance pay will be awarded in addition to pay for notice under Section 1 (f) of this Article. The amount of severance pay will be based on total years of continuous service with the employer, as follows: (i) one week of severance pay for each full year of service from one through ten years, and (ii) one week of severance pay for every full two years of service between ten and thirty years. The maximum severance pay shall be twenty (20) weeks. Employees entitled to receive more than two weeks severance pay shall remain on the biweekly payroll and shall be entitled to the employer contribution for health insurance as well as their regular pay for the period of severance. All other benefits will terminate as of the date of separation.

(b)     If an individual is recalled or re-employed by the employer during the severance pay period (the effective date of layoff increased by the number of weeks associated with the severance pay calculation), then his or her severance pay will be adjusted and that part which corresponds to the period of time remaining in the severance pay period will be repaid to the employer, if applicable. If such an individual subsequently is laid off, his or her "total years of continuous service", for purposes of this provision, will be adjusted so that the employee is not paid severance twice for any period of prior service. If an individual is recalled or re-employed by the employer after the severance pay period, and subsequently is laid off, the employee's "total years of continuous service", for purposes of this provision, will be calculated commencing on the date of recall or reemployment.

9

GUH00000016

(c)    Any severance benefits provided under Article 22, Section 3 of this Agreement shall be in lieu of any severance benefits under this provision.

3.    **Recall**

(a)    Whenever a vacancy occurs within a job classification, employees who are on lay-off in that classification shall be recalled in accordance with their bargaining unit seniority in the reverse order in which they were laid off. If a vacancy occurs within a job classification for which no employee in that classification has recall rights, then the laid off employee with the most bargaining unit seniority will be recalled if such employee is qualified and able to do the work; if not then the next senior employee will be recalled. When an employee is recalled to a job classification within either unit that is different from the job classification the employee held at the time he was laid off, such employee will serve a sixty (60) day limited probationary period. This limited probationary period will be used to determine if the employee is able satisfactorily to perform the job duties of the new classification. If the employee cannot satisfactorily perform such duties, he will be laid off with recall rights.

(b)    Laid off probationary employees have no recall privileges.

## ARTICLE 9

## PROMOTIONS, VACANCIES AND TRANSFERS

1.    **Promotions**

(a)    When a promotional opportunity occurs within the bargaining unit, and two or more employees are under consideration for such job, the employer shall give due consideration to seniority and qualifications. In situations in which such employees' qualifications and abilities to perform the job are relatively equal, first classification seniority, and second, bargaining unit seniority shall be the governing factors in the promotion. If there are no qualified employee applicants, then bargaining unit members who:

(i)    are participants in a training program approved by the department head,

(ii)    are making satisfactory progress in such a program, and

(iii)    will complete such program within sixty (60) days, shall, upon successful completion of such program, be placed in the vacant position, except for a position requiring licensure in which case the parties will meet to discuss the filling of such position. If there are no qualified employee applicants, and no trainees as defined herein, the employer may fill the job from any available source.

10

(b)    An employee who is promoted shall serve a ninety (90) day evaluation period on the new job. If he is removed from such new job during such evaluation period, he shall be returned to his former job without loss of seniority or other benefits except that, if he is discharged, his rights shall be subject to the grievance and arbitration provisions of this Agreement.

## 2.    **Filling Vacancies**

The employer may determine whether to fill vacancies existing, or which from time to time may occur, within the bargaining unit. Should the employer determine to fill such vacancies, notice thereof shall be posted by the employer on employee bulletin boards and provided to the union for posting on union bulletin boards for a period of fourteen (14) days exclusive of holidays. Employees shall be permitted to bid for such vacant jobs. If an employee is currently assigned to the same job classification as the job that is vacant, such employee may be transferred only with the approval of both the transferring and receiving departments, such approval not to be unreasonably withheld. In situations in which two or more employees bid, and their qualifications and ability to perform the job are relatively equal, bargaining unit seniority shall be the governing factor. If there are no qualified employee applicants, then the bargaining unit members who:

> (i)    are participants in a training program approved by the department head,
>
> (ii)    are making satisfactory progress in such training program, and
>
> (iii)    will complete such program within sixty (60) days, shall, upon successful completion of such program, be placed in the vacant position, except for a position requiring licensure in which case the parties will meet to discuss the filling of such position. If there are no qualified applicants, and no trainees as defined herein, the employer may fill the job from any available source.

## 3.    **Transfers**

Employees may be selected for transfer or promotion to a position excluded from the bargaining unit at the employer's discretion, provided the employee so selected consents to such action. An employee so selected may be returned, at his option or at the employer's option, to his former job classification or its equivalent without loss of seniority within ninety (90) days after the date of such transfer or promotion or by the end of his probationary period in the non-bargaining unit position, whichever period is longer.

4.    The employer's application of this Article shall not be arbitrary or capricious.

11

GUH00000018

## ARTICLE 10

## WAGES AND JOB CLASSIFICATIONS

1. **Wage Increases**

(a)     Effective the first full pay period after December 31, 2004, all bargaining unit employees shall receive an hourly increase of 3% times their base wage as of December 31, 2004. The 3% increase shall also apply to the job classification rates. In addition, all bargaining unit employees shall receive a lump sum bonus equal to 1% of their annual base wage earnings (after the 3% increase).

(b)     Effective the beginning of the first full pay period after December 31, 2005, all bargaining unit employees shall receive an hourly base wage increase of 3% times their base wage as of December 31, 2005. The 3% increase shall also apply to the job classification rates.

(c)     Effective the beginning of the first full pay period after December 31, 2006, all bargaining unit employees shall receive an hourly base wage increase of 3% times their base wage as of December 31, 2006. The 3% shall also apply to job classification rates.

2. **Minimum Rates**

(a)     The minimum rate of pay for new employees hired on or after January 1, 2005, shall be the rate assigned to the pay level for such job classification as set forth in Appendix A.

(b)     No employee shall be hired below the job rate for the pay level assigned his classification, except the parties agree where there is a need to provide employees with specialized training (e.g. multilith operator, plumber, electrician, etc., such jobs being named by example only) such employees (trainees) can be paid at a rate lower than the rate set forth in Appendix A of this contract. Such trainee rates will be mutually agreed upon by the parties.

(c)     If an employee transfers to a job classification that is assigned a higher job rate than his current job classification, the employee's rate of pay will be the job rate for the new job classification or his current pay rate, whichever is higher. When an employee is transferred to a job classification assigned the same job rate as his classification, the employee's rate of pay will remain the same as his current rate of pay.

(d)     When an employee is bumped to a lower wage level in lieu of lay-off, such employee shall receive the pay rate for the lower wage level which would be paid to an employee in that level with the same bargaining unit seniority (e.g. an employee with ten (10)

12

GUH00000019

years seniority at wage level M who bumps to wage level K will receive pay for wage level K equivalent to that received by an employee with ten (10) years seniority in that wage level).

### 3.   Classification Descriptions

(a)    The employer shall continue to make available to the union written descriptions for all classifications within the bargaining unit. Should any employee feel that he is improperly classified or is required to perform duties not a part of his classification description, or is required to perform duties requiring greater skills and training, such dispute may be subject to the grievance procedures of this Agreement.

(b)    Whenever the employer establishes a new job classification encompassing job tasks, the majority of which are performed by bargaining unit employees, the employer shall provide the union with a copy of the job description of such classification prior to filling the position and the proposed wage rate for such classification. The wage rate shall reflect the job's relative value in the context of wage rates for classifications covered by this Agreement and for the nature of the work performed. Sufficient notice shall be given to afford the union the opportunity to discuss the proposed wage rate and position with the employer before the job is filled.

### 4.   Temporary classification Assignment

Due to the nature of its operation, the employer shall have the right temporarily to assign employees to a job classification other than their regular job classification. If the temporary transfer is to a job classification in a higher wage level than the employee's regular job classification, and if the employee performs eighty percent (80%) of the functions of such higher wage level job classification for one (1) or more consecutive shifts, he shall be paid at least the job rate of the higher pay grade job classification. If such employee performs the essential functions of such higher level job classification for three (3) or more consecutive shifts, he shall be paid at least the job rate of the higher wage level job classification. If an employee assigned to a job classification carrying a higher job rate than the employee's regular job classification performs the essential functions of such higher level job classification for more than two (2) shifts in any given work week and such employee's regular rate of pay is higher than the minimum job rate of the higher job classification the functions of which he has performed, such employee shall receive for any additional shifts in that same work week his regular rate of pay plus the difference between the job rate for his regular job classification and that of the higher job classification the functions of which he is performing.

Any employee who is required to work at a job with a higher pay grade on a regular weekly scheduled basis shall be paid at the higher rate for each scheduled day he works at such job. If the temporary transfer is to a lower paid job classification, the employee shall continue to be paid at his regular rate unless such temporary transfer is made in lieu of lay-off, in which event the lower rate will apply. A bargaining unit member who is substituting for a supervisor shall be paid at a level of pay one dollar ($1.00) per hour above such member's present rate.

13

GUH00000020

5. **Temporary Appointment to Supervisory Position**

The employer agrees not to appoint bargaining unit employees temporarily to supervisory positions. Should such temporary appointment occur, the employer agrees to meet with the union to negotiate an appropriate rate of pay for such temporary appointment.

6. **Adjustment of Incorrect Pay Checks**

The employer will adjust incorrect paychecks by issuance of a special check provided the reason for the incorrect check is not the employee's failure to follow proper reporting procedures.

7. **Certification**

(a)    If an employee pursues and receives certification through a program approved by such employee's department head and the appropriate personnel office for a classification not requiring certification, the employee will be granted a four percent (4%) increase up to a maximum of six hundred dollars ($600.00) per year.

(b)    If an employee is mandated by the Employer to obtain certification and/or training as a condition of employment, the cost of such certification/training course will be paid by the employer under the terms of its education assistance policy, except that employees shall be reimbursed 70% upon registering for the course and the remaining 30% upon successful completion of the course.

8. **Special Performance Recognition Awards**

Bargaining unit members are eligible to receive Special Performance Recognition Awards in recognition of a special and recent outstanding contribution to the employer. A Special Performance Recognition Award may be granted two (2) times each year in an amount up to five percent (5%) of an employee's current annual salary on each occasion. A Special Performance Recognition Award is not intended to be, and will not be, used to compensate an employee for length of service, for internal comparability, or to adjust for wages paid employees in other organizations.

9. **Preceptor Pay**

Employees who are designated to precept new employees shall be paid a premium of $1.00 an hour for all hours in which he or she is engaged in precepting such new employee.

14

GUH00000021

## ARTICLE 11

### HOURS

1.    The regular work week for all full-time employees shall be defined as in Article I, Section 7 of this Agreement.

2.    The regular work day for all full-time employees shall be defined in Article I, Section 8 of this Agreement.

3.    The employer shall make every effort to schedule employees off every other week-end. In no event, except in the case of emergency, will employees receive less than two (2) week-ends off in every four (4) week period. In cases in which employees are currently scheduled for every other week-end off or more, the employer agrees to continue such employees' schedules. Changes will be made only in the case of an emergency, a change in operating needs, or a voluntary agreement approved in advance by the employer.

4.    Regular full-time employees who are required to be on call, even though off the employer's premises, shall receive, during such time as they are required to be on call, a rate of pay equal to one-half (½) of the regular rate of pay. If an employee required to be on call cannot be reached when the employer calls to inform such employee that he is to report to work, such employee forfeits call pay for the period he was assigned for call status. Employees on call who are called to work at other than during their normal work hours and employees who are not on official call status but who are called to work at other than during their normal work hours shall receive one and one-half (1½) times their regular rate of pay for all such hours worked outside of their normal work day, with a guaranteed minimum of pay for four (4) hours work and, in the event such employee works more than four (4) hours, he shall be paid for actual hour worked, or to the end of the scheduled shift for which he was called, whichever is the greater. Employees who are not on official call status but who are asked to come in for a full shift separate from their own and which is not an extension of their regular shift shall be paid for the entire shift provided they arrive within two (2) hours of the start of the shift. There shall be no pyramiding of pay under this provision.

5.    Regular full-time employees shall be entitled to two (2) paid rest periods of fifteen (15) minutes each in a working day, such rest periods to be assigned by the employer to each employee. Where it is impractical for an employee to take two (2) such rest periods, such employee shall be entitled to one (1) rest period of thirty (30) minutes in each working day, such rest period to be assigned by the employer to such employee. Regular part-time employees shall be entitled to pro rata rest periods based on their daily schedule. Regular full-time employees regularly scheduled to work 12-hour shifts shall be entitled to a third rest period of fifteen (15) minutes to be assigned by the employer. A rest period may be combined with the lunch period. The combination of rest periods and lunch period shall be determined by the employer.

15

GUH00000022

6.    (a)    The employer will attempt to schedule an appropriate number of employees on each shift. Although efforts will be made to provide each employee with his scheduled hours, the employer shall have discretion, on account of reduced patient levels in any department or unit, or other unforeseen circumstances, to reduce an employee's scheduled hours and/or temporarily assign an employee to a different department, unit, or position where he is qualified to perform, and where need exists. Such actions shall normally be accomplished in the following order: agency and per diem employees; on-call personnel; temporary employees; probationary employees; part-time employees working less than sixteen (16) hours per week; and regular employees. For regular employees, the affected department or unit shall first seek volunteers. If there are no volunteers or the volunteers are insufficient to achieve the employer's objective, mandatory selection of employees for flexible reassignments shall be assigned on a rotating basis in reverse order of seniority within the applicable department and affected job classifications.

(b)    Affected employees will be allowed to use accrued vacation leave and/or unused holiday pay to make up for the reduction in hours; otherwise said reductions shall be without pay. The employer will attempt to provide advance notice to affected employees at least two (2) hours prior to the scheduled starting time of his shift. If the employer fails to use reasonable efforts to notify affected employees at least two (2) hours in advance of their scheduled shift, and an employee timely reports for his scheduled shift, the employer at its option either will provide at least four (4) hours of work for the employee, at the employee's regular hourly rate, or will pay the employee for four (4) hours without requiring any work. No regular bargaining unit employee will experience, as a result of flexible staffing, an involuntary reduction in hours that exceeds one (1) day per period, four (4) days per quarter, or sixteen (16) days per year.

## ARTICLE 12

## OVERTIME

1.    Employees shall be paid one and one-half (1½) times their regular rate of pay for all time worked in excess of forty (40) hours in one work week. Employees shall be paid two and one-half (2½) times their regular rate of pay for all hours worked in excess of sixteen (16) consecutive hours.

2.    Holidays, Jury Duty days and condolence days provided for in this Agreement shall be considered as time worked for the purpose of computing overtime. All other time off, whether paid or unpaid, shall not be considered as time worked, except that any employee recalled from vacation for a work assignment shall have such time credited, as worked, for overtime eligibility in that work week.

3.    The amount of overtime shall be established by the employer. When overtime is required, the employer first shall ask for volunteers among the employees normally performing such work. If volunteers are available, the overtime

work shall be assigned to such volunteers and distributed as equitably as is reasonably possible, giving consideration to those volunteers with the greater seniority. If volunteers are not available, overtime work shall be assigned to employees normally performing such work and shall be distributed as equitably as possible using inverse seniority as a guide. Except in the case of a bona-fide emergency, overtime hours shall not be required in excess of twelve (12) hours per work week.

4.    Any bargaining unit employee required to work fourteen (14) or more consecutive hours shall be entitled to receive a meal provided by the employer or, in the alternative, a meal allowance of six dollars ($6.00) added to his pay for that pay period.

5.    There shall be no duplication or pyramiding in the computation of overtime.

## ARTICLE 13

## SHIFTS AND SHIFT DIFFERENTIALS

1.    A shift differential of one dollar ($1.00) per hour for the full shift will be paid to an employee who is scheduled to work a shift which begins between 11:30a.m. and 9:00a.m. the following day, provided the majority of straight time hours worked are worked between 3:00p.m. and 7:00a.m. Where a shift that has historically qualified for shift differential is changed by one (1) hour or less, and following the change would not qualify for shift differential, the Employer will maintain the shift differential payment for those employees affected as of the date of the change in shift hours. Employees who are hired into, or who transfer onto the changed shift will not qualify for shift differential, except as otherwise provided in this section.

2.    In the exercise of its management rights as defined in Article 20 of this Agreement, the employer may schedule a shift to begin at any time.

3.    Employees shall work on the shift, shifts, or shift arrangements for which they were employed. The employer agrees to post shift assignments two (2) weeks in advance. The employer may change an employee's shift in exercise of its management rights, as provided in Article 20 of this Agreement, and in instances of bona-fide operational need. Except in emergency situations, or upon mutual agreement with the employee, the employer shall give four (4) weeks notice of a change of shift. The least senior qualified employee or employees shall be changed.

Seniority shall be given preferential consideration in such cases. When an employee requests a change of shift, approval of such request shall not be unreasonably withheld. If a vacancy exists within the classification in which such an employee is then working, and if more than one employee applies, such change shall be approved with respect to the employee with the most classification seniority qualified to do the work. Notwithstanding the foregoing, employees shall enjoy preference over new

GUH00000024

hires in filling in the vacancies on another shift in the classification for which such employee is then working.  The employer's application of this Article shall not be arbitrary or capricious.

4.    When it is necessary to float an employee to another department, such floating shall be equitably distributed.

5.    Employees shall not report to a work area in which other employees are engaged in work more than fifteen (15) minutes prior to the start of their shift; nor shall they remain in such areas more than fifteen (15) minutes after their shift.

6.    Employees may not be required to report for work with fewer than 12 hours off between shifts.

## ARTICLE 14

## HOLIDAYS

1.    (a)    Except as herein provided, regular full-time bargaining unit employees shall be entitled to the following paid holidays during each fiscal year:

New Year's Day
Dr. Martin Luther King Jr. Day
Memorial Day
Independence Day
Labor Day
Thanksgiving Day
Christmas Day

(b)    In addition to the specific holidays listed on the schedule in 1(a), regular full time bargaining unit employees shall be entitled to one personal holiday per year to be scheduled by the employee and the affected supervisor.

(c)    The holiday schedule for each fiscal year shall be reviewed with the Union prior to publication.

2.    (a)    Recognizing that it is not possible for all employees to be on holiday at the same time, the parties hereto agree that the employer has the right, in its sole discretion, to require any employee to work on any of the holidays herein specified. The employer agrees however, to distribute holidays on an equitable basis.

(b)    In the event an employee is required to work on any of the holidays set forth in Section 1 of this Article, he shall be paid at the rate of one and one-half (1½) times his regular rate of pay for all hours worked on such holiday and, in

GUH00000925

addition, at his election, shall receive either another day off with pay, scheduled thirty (30) days before or after the holiday, or an additional day's pay at his regular straight time rate in lieu of an additional paid day off.

(c)    If a holiday provided for in this Agreement falls on an employee's regularly scheduled day off, such employee shall receive an additional day's pay at his regular rate or one (1) day off with regular straight time pay within thirty (30) days before or after such holiday.

(d)    If a holiday provided for in this Agreement falls during an employee's vacation, at the option of the employer the vacation may be extended by one (1) day or the employee shall receive one (1) extra day's pay at his regular rate or an additional day off with pay at his regular rate at a later date. In electing this option, the employer will solicit and take into consideration the employee's expressed preference.

3.    Any employee absent without authorized leave (an authorized leave is here defined to include any excused absence) on his scheduled work day preceding and/or following a holiday shall forfeit his holiday pay, unless such employee presents a medical statement that he was physically unable to notify the employer of his absence.

## ARTICLE 15

## VACATION

1.    Regular full-time employees shall be entitled to paid vacation time at the rate of 4.62 hours for each full pay period employed during the first (1st) year of employment (equivalent to 15 days per year); thereafter, they shall be entitled to vacation time at the following rates:

4.92 hours for each full pay period employed (equivalent to 16 days per year) during their second (2nd) year of employment;

5.23 hours for each full pay period employed (equivalent to 17 days per year) during their third (3rd) year of employment;

5.54 hours for each full pay period employed (equivalent to 18 days per year) during their fourth (4th) year of employment;

5.85 hours for each full pay period employed (equivalent to 19 days per year) during their fifth (5th) year of employment;

6.15 hours for each full pay period employed (equivalent to 20 days per year) during their sixth (6th) year of employment;

6.46 hours for each full pay period employed (equivalent to 21 days per year) during their seventh (7th) year of employment;

GUH00000026

6.77 hours for each full pay period employed (equivalent to 22 days per year) during their eighth (8th) year of employment;

7.08 hours for each full pay period employed (equivalent to 23 days per year) during their ninth (9th) year of employment; and

7.38 hours for each full pay period employed (equivalent to 24 days per year) during their tenth (10th) year of employment; and

7.69 hours for each full pay period employed (equivalent to 25 days per year) during their eleventh (11th) year of employment and each year thereafter.

Regular part-time employees hired to work sixteen (16) hours per week shall accrue vacation leave time at the same rate as regular full-time employees on a pro rata basis in accordance with the hours such employees are hired to work.

2.    Any authorized absence not exceeding thirty (30) days shall be considered as time worked in determining the amount of vacation to which employees are entitled. If such absence extends into an employee's scheduled vacation period, the vacation shall be postponed and another period assigned. If disability due to illness, maternity or injury occurs after an employee commences his vacation, the original vacation as scheduled shall remain in effect.

3.    All absences without pay which exceed the thirty (30) days provided for in Section 2 of this Article shall not be considered as time worked in computing vacation entitlement. Vacation entitlement for employees with such absences shall be prorated by relating the number of pay periods actually employed during the eligibility year with the number of hours of vacation to which such employee would have been contractually entitled, had he worked the entire eligibility year.

4.    Employees are not entitled to vacation leave with pay until they have completed six months of employment.

5.    An employee with sufficient accrued vacation shall be entitled to take at least fifteen (15) of his earned vacation days each year during a single vacation period and, if possible, shall be entitled to take his entire accrued vacation during a single vacation period.

6.    Vacation schedules shall be established taking into account the wishes of the employees and the needs of the employer. When there is a conflict in choice of vacation time among employees, bargaining seniority within a department shall prevail.

7.    Vacation leave may be accumulated year to year up to a maximum of thirty (30) days. Unused vacation leave accrual shall be paid for upon termination of an employee, provided such employee has completed six (6) months of continuous service.

GUH00000027

8.    An employee who has six (6) months or more of seniority and who resigns, is discharged, or who loses such seniority pursuant to the provisions of Article 7 of this Agreement and who has not received the vacation to which he is entitled, shall receive a vacation allowance, the amount of which is to be calculated in accordance with the provisions of Section 1 of this Article. At the time of termination for any reason, if an employee has exceeded his allowable vacation leave, the excess vacation leave paid shall be deducted from any amount due him by the employer.

9.    No part of the employee's earned vacation may be charged to sick leave without such employee's consent and the employer's approval.

10.    Vacation pay shall be based upon the employee's regular rate of pay, as defined in Article 1, Section 6 of this Agreement.

11.    An employee may request his vacation pay before beginning his vacation, provided such employee makes such request, in writing, prior to the close of the last pay period for which such employee will receive a paycheck before beginning his vacation, and provided further that such vacation request is for a minimum duration of five (5) days. The employer will devise a standard form on which such request may be made. Such request should be made to the employee's immediate supervisor who will forward the request to the Payroll office.

12.    The employer will continue to print each employee's accrued vacation on such employee's pay stub.

13.    Except in case of emergency, a request for vacation shall be made in writing no less than two (2) weeks in advance of the publication of the department's work schedule. A request submitted other than in accordance with this section shall receive every possible consideration consistent with the department's work schedule and such requests shall not be unreasonably denied.

If an employee wishes to protect a vacation, he may request a vacation ninety (90) days in advance. The Employer will respond within seven (7) days of the receipt of the request. When such a request is approved, the employee can not be bumped therefrom, except in the case of an emergency.

## ARTICLE 16

### SICK LEAVE

1.    All full-time employees and regular part-time employees can earn sick leave. Temporary full-time employees or temporary part-time employees do not earn sick leave benefits.

GUH00000028

2.  Regular full-time employees shall earn paid sick leave at the rate of 3.69 hours per worked pay period (equivalent to 12 days per year). Regular part-time employees shall earn paid sick leave at the same rate as a regular full-time employee on a pro rata basis in accordance with the hours such employee is hired to work.

3.  An employee absent from work on designated holidays during sick leave, vacation, disability arising from an injury sustained during the course of employment, authorized leaves of absence with pay and authorized leaves without pay for not over thirty (30) consecutive working days shall continue to accumulate sick leave at the prescribed rate during such absences as though such employees were on duty.

4.  Unused sick leave may be accumulated indefinitely; however, unused accrued sick leave will not be paid for as a termination benefit. At the time of termination for any reason, if an employee has exceeded his allowable sick leave, the excess sick leave paid shall be deducted from any amount due him by the employer.

5.  Pay for any day of sick leave shall be at the employee's regular rate if pay, as defined in Article 1, Section 6 of this Agreement.

6.  (a)  To be eligible for sick leave pay, employees who are absent must notify their department no later than the start of their regularly scheduled work day in accordance with current call-in instructions, unless a satisfactory excuse is presented for such employee's inability to give such notification. Employees on contact relief shall notify their departments no less than two (2) hours prior to the start of their regular work shift, unless a satisfactory excuse is presented for such employees inability to give such notification.

(b)  Unless an employee has been advised by a physician as to the duration of his illness and the employee has so informed his department, the employee must notify his department each day he his absent. This notification must be in accordance with the provisions of section 6(a) of this Article.

(c)  The union will be notified of any changes in the call-in instructions at the time any such changes are implemented. The employer will implement special call-in procedures so as to accept notification made in accordance with section 6(a) of this Article.

(d)  The employer may require written certification by a physician or other proof of his illness in case of any absence of three (3) or more work days or if the employee has a pattern of sick leave abuse, it being understood that the employer's implementation of this provision will not be arbitrary. Employees required to bring proof of illness because of a pattern of sick leave abuse shall remain under this requirement for a maximum of six (6) months, it being understood that the employer may reinstitute such a requirement, in its sole discretion, in the event such sick leave abuse persists.

(e)  Employees who have been on sick leave may also be required by the employer to undergo a medical examination before being permitted to return to

22

GUH00000029

duty. Such examination, if required, shall be at the employer's expense and at the employer's health facility.

7.     An employee eligible for sick leave with pay may use such sick leave for absence due to his own illness or injury, or illness or injury in such employee's immediate family which requires such employee's personal attention, provided that such leave, for any purpose other than such employee's own illness or injury, shall be limited to three (3) work days per cause.

8.     An employee may use up to sixteen (16) hours per year for his own health maintenance. These health maintenance hours shall be charged against the employee's unused accrued sick leave and shall be limited to scheduled visits to physicians or dentists. Such health maintenance hours must be scheduled by an employee sufficiently in advance to enable the employer to provide adequate coverage. The employer will request cancellation of such hours only in the event of a bona fide operational need.

9.     If an employee is injured on the job and is temporarily dismissed from work by the employer, such employee shall receive pay for his full shift for that day.

10.     If an employee does not have sufficient sick leave accrued to cover a job-related injury or illness covered by workman's compensation, such employee may draw against future sick leave for the first three (3) days of such injury or illness.

11.     The employer will continue to print each employee's accrued sick leave on such employee's pay stub.

## ARTICLE 17

## PAID LEAVE

Employees shall be entitled to paid leave as follows:

1.     An employee shall be paid at his regular rate of pay, as defined in Article 1, Section 6 of this Agreement, for three (3) working days of absence in the event of the death of the employee's spouse, parents, parent-in-law, legal guardian, children, grandparents, siblings, or any person who stands in the same relationship.

2.     The employer agrees to a liberal leave policy on short notice in the event of a death in the family not covered by Section I hereof or the death of a close relative, friend or associate.

3.     An employee who is called to serve as a juror will continue to receive his regular rate, as defined in Article 1, Section 6 of this Agreement, for each work day while such employees serve as a juror.

GUH000000030

## ARTICLE 18

## UNPAID LEAVE

Employees shall be eligible for unpaid leave as follows:

### 1.   Disability Leave

Disability leave, which in the context of this Agreement includes sickness and maternity, may be granted up to six (6) months when supported by a physicians certification. In the case of maternity leave, when an employee becomes pregnant, she shall furnish the employer with a certificate from her physician stating the expected date of delivery. She shall be permitted to continue to work as long as her physician certifies that she is able to continue to work. This form of disability leave, with pay for any accrued sick leave and without pay thereafter, will be granted for a period not to exceed six (6) months, except that employees exposed to radiation, who are required to take leave prior to the sixth (6th) month of pregnancy, will be granted disability leave for a period of nine (9) months. The time referred to in this section may be extended for an additional six (6) months, in the event of a disability certified in writing by a physician.

### 2.   Family And Medical Leave

An employee who has been employed by the employer for at least 12 months and who has worked at least 1,000 hours during the previous 12 months will be entitled to leave under the Family and Medical Leave Act of 1993, in accordance with the employer's applicable policy. Any paid or unpaid leave provided under this Agreement, which also constitutes leave under the Family and Medical Leave Act, shall count toward the employee's leave entitlement under the Family and Medical Leave Act and/or similar local law.

### 3.   Military Leave

Leaves of absence without pay for the performance of duty with the United States Armed Forces or with a reserve component thereof shall be granted in accordance with applicable law.

### 4.   Union Leave

A leave of absence without pay for a period not to exceed one (1) year shall be granted at the written request of the union to not more than four (4) employees who have one (1) or more years of bargaining unit seniority, in order to enable such employees to accept full-time positions with the union, provided such leave will not interfere with the operation of the employer. Such leave may be extended for an additional one (1) year period.

5. **Other Leaves**

The employer may authorize leaves of absence without pay for a period not to exceed four (4) months for good cause. Examples of such good cause are considered to be: attendance at a college, university or business school for the purpose of training in subjects related to the work of the employee, which will benefit the employee and the employer; personal leave, urgent personal business which requires an employee's attention for an extended period, such as settling an estate or liquidating a business. The foregoing itemization is not intended to be exclusive, but only as illustrative of good cause. Such leaves of absence may be extended by the employer for good cause.

In addition to the leaves authorized above, a department head may authorize an employee to be absent without pay for personal reasons for a period not to exceed ten (10) successive working days.

6. All requests for leave pursuant to this Article shall be made in writing to the employer's supervisor at least three (3) weeks prior to the proposed commencement date, except in cases of an emergency nature.

7. Employees granted an unpaid leave for more than one (1) month must use all vacation accrual prior to the leave being granted. This provision does not apply to disability or military leave. The parties agree to discuss situations in which the union believes unfairness results from the strict application of this section.

8. Employees returning from a leave of absence shall return to their regular classification and to their regular shift, if the shift still exists. If this shift is not available in the employee's classification, the employee shall return to any available shift. The employee shall be eligible to transfer to his previous shift if the shift is reestablished at a later date.

9. An employee granted a leave of absence with a definite ending date must notify his supervisor five (5) working days prior to returning to work. An employee granted a leave of absence without a definite ending date must notify his supervisor ten (10) working days prior to his returning to work.

## ARTICLE 19

## BENEFITS

Employees will receive benefits for the life of this Agreement as described in Appendix B hereto (such Appendix being specifically made a part of this Agreement).

GUH00009032

## ARTICLE 20

## MANAGEMENT RIGHTS

1.     All management functions, rights and responsibilities which the employer has not expressly modified or restricted by a specific provision of this Agreement are retained and vested exclusively in the employer.  More specifically, and without limiting the generality of the foregoing, the employer retains the exclusive right generally to manage the Hospital so as to attain and maintain full operating efficiency and optimum patient care; to direct and schedule the working force; to plan, direct and control operations; to hire, promote, transfer, lay off and recall employees to work, to determine the number of employees, departmental organization and the duties to be performed, to reprimand, suspend, discharge or otherwise discipline employees for cause; to establish and administer policies and procedures relating to patient care; to introduce new or improved methods, equipment and facilities; to make rules, regulations, policies and practices not inconsistent with the terms of this Agreement; and otherwise generally to manage the facilities of the employer so as to attain and maintain full operating efficiency.  None of the aforesaid management rights shall be exercised in an unreasonable manner.

2.     The union agrees to cooperate with the employer to attain and maintain full efficiency in its operation and the employer agrees to receive from the union constructive suggestions, which the employer shall, in its sole discretion, consider

3.     Without in any way restricting the employer's rights as set forth in Section 1 of this Article (including the right to subcontract) or subjecting the exercise of any such rights to the provisions of any other Article in this Agreement, in the event the employer decides to subcontract work done by bargaining unit employees, which will result in a layoff, the employer agrees to give the union two (2) months advance notice thereof.  The employer further agrees to make a sincere effort to place any employee affected by such layoff, first in a position within the unit for which such employee is qualified, or second, in a position outside the unit for which he is qualified and which he is willing to accept.  If the employer is unable to make such placement, such employee will receive six (6) months severance pay upon layoff.  In implementing this section, the provisions of Article 8, Section 1 will apply.  If an employee receives such severance under this provision, the employee shall not be eligible for the severance provided under Article 8, Section 2 of this Agreement.

## ARTICLE 21

## DISCHARGE AND PENALTIES

1.     The employer shall have the right to discipline any employee for cause.  Such discipline may include discharge, suspension, suspension for investigation and written warning.  An employee, upon request, has the right to have a union delegate

GUH00002033

present when being discharged or during the issuance of an official warning or suspension.

2.    The employer will notify the union in writing of any discharge or suspension within two (2) business days from the time of such discharge or suspension. If the union desires to contest the discharge or suspension, it shall give written notice thereof to the employer within fourteen (14) days from the date of receipt of notice of discharge or suspension. In such event, the dispute shall be submitted and determined under the grievance and arbitration procedure hereinafter set forth, however commencing at Step 2 of the grievance machinery.

3.    The employer agrees that no Employee Notice (written warning or suspension) more than twelve (12) months old will be used in any disciplinary proceeding.

4.    All time limits herein specified shall be deemed to exclude Hospital holidays.

5.    To be considered valid, an Employee Notice (written warning) must be issued within ten (10) work days following the conduct alleged or within ten (10) work days following the employer's first knowledge of such conduct, whichever date is later.

## ARTICLE 22

### GRIEVANCE PROCEDURE

1.    A grievance shall be defined as any dispute between the parties hereto concerning the interpretation, application, performance or any alleged breach of any provision of this agreement, and shall be processed and disposed of in the following manner:

**Step 1.**    Within twenty-one (21) days of the occurrence of the event complained of, an employee having a grievance or his union delegate shall present such grievance orally to his immediate supervisor. The date of filing the grievance shall be recorded on a form provided by the employer. The employer shall give its answer to the employee and his union delegate within seven (7) days after the presentation of such grievance. If a union representative notifies his employer that he wishes to participate in Step 1, the grievance shall be immediately considered at Step 2 and processed in accordance with Step 2 procedures.

**Step 2.**    If the grievance is not settled in Step 1, the grievance may, within twenty-one (21) days after the answer in Step 1, be presented in Step 2. A grievance shall be presented in this Step by the aggrieved employee or his union delegate or other union representative to the Manager of Employee and Labor Relations, the

GUH00000034

appropriate Vice President, or their designees. Such grievance shall be in writing and signed by the aggrieved employee and his union delegate. The Manager of Employee and Labor Relations, or his designee, shall render a decision in writing within fourteen (14) days after the presentation of the grievance in this Step. The decision shall be provided to the union delegate and to the union at the union office.

Failure on the part of the employer to answer a grievance at any step shall not be deemed acquiescence thereto, and the union may proceed to the next step.

Anything to the contrary herein not withstanding, a grievance concerning a discharge or suspension may be presented initially at Step 2 in the first instance, within the time limits specified in Section 2 of Article 21.

Without waiving its rights, a grievance on behalf of the employer may be presented initially at Step 2 by notice in writing addressed to the union at its offices.

2.    All time limits herein specified shall be deemed to be exclusive of applicable holidays as defined in Article 14 hereof.

3.    A grievance which affects a substantial number or class of employees, and which the employer representative designated in Step 1 lacks authority to settle, may initially be presented at Step 2 by the union representative. Such grievances shall be presented within twenty-one (21) days of the occurrence of the event or events complained of. This time limitation may be waived by mutual agreement between the employer and the union.

4.    All grievances shall be presented within the time limitations contained herein or they shall be considered waived. Unless a grievance is appealed with in the time limitations contained herein after the employer's answer in each step (unless otherwise extended by mutual agreement) such grievance shall be conclusively deemed to have been settled in accordance with such answer. Such answer shall be final and binding upon the aggrieved employee or employees and the Union.

## ARTICLE 23

## ARBITRATION

1.    Any grievance concerning the interpretation, application or alleged breach of any specific provision of this Agreement that has been properly processed through the grievance procedure as set forth in Article 22 of this Agreement, and has not been settled at the conclusion thereof may be taken to arbitration by the union by serving written notice thereof within fourteen (14) days after the employer's answer at Step 2 of the said grievance procedure. Within forty-five (45) days after having served such written notice, the union shall file a formal demand for arbitration. If the union fails to serve such notice on the employer or to file such demand for arbitration within these time

limitations, it shall be deemed to have waived the arbitration and the grievance shall be considered settled. No individual employee shall have the right to invoke this arbitration procedure. The time limitation set forth herein may be waived by mutual agreement between the employer and the union.

2.    If the union and the employer are unable to agree upon the selection of an arbitrator within seven (7) days after the union's notice of appeal to arbitration, they shall jointly request the American Arbitration Association to furnish a list of no less than five (5) arbitrators, one of whom may be designated to act as arbitrator in accordance with the rules of the American Arbitration Association.

3.    The jurisdiction and authority of the arbitrator of the grievance and his opinion and award shall be confirmed exclusively to the specific provision or provisions of this Agreement at issue between the union and the employer. He shall have no authority to add to, alter, amend, or modify any provision of this Agreement, including the Appendices hereto. The arbitrator shall not hear or decide more than one grievance without the mutual consent of the employer and the union. The award in writing of the arbitrator, if within his jurisdiction and authority as specified in this Agreement, shall be final and binding upon the aggrieved employee or employees, the union and the employer.

4.    The union and the employer shall each bear its own expenses in these arbitration procedures, except that they shall share equally the fee and other expenses of the arbitrator in connection with the grievance submitted to him.

5.    The union and the employer agree to an expedited arbitration procedure in the event of discharge.

## ARTICLE 24

## NO STRIKES OR LOCKOUTS

1.    For the duration of this Agreement, the union shall not engage in or support any walkout, strike, boycott or other form of concerted interference which affects the operation of the employer. Inciting or inducing any such activity shall constitute cause for suspension or discharge under this Agreement. Should such a walkout, strike, boycott or form of concerted interference or interruption of the operations of the employer occur, within twenty-four (24) hours of a request by the employer, the union shall:

(a)    Publicly disavow such action by the employees;

(b)    Notify employees of its disapproval of such action and instruct such employees to cease such actions and return to work immediately;

29
GUH00000036

     (c) Post notices on the union bulletin boards advising that it disapproves of such action;

     (d) Inform the employer in writing that such action by employees has not been called or sanctioned.

    2. In consideration of this no-strike pledge by the union, for the duration of this Agreement the employer shall not lock out its employees.

    3. The failure or refusal of any employee to pass through any lawful picket line established at the Hospital by any union which is the recognized bargaining agent for employees of the Hospital shall not be deemed a breach of this contract and the employer shall not discipline, discharge or otherwise discriminate against such employee.

    4. If any employee passes through a lawful picket line established at the Hospital by any union which is the recognized bargaining unit for employees of the Hospital, the union agrees it shall not discipline or otherwise discriminate against such employee.

## ARTICLE 25

## NON-DISCRIMINATION

    Neither the employer nor the union shall discriminate against or in favor of any employee on account of race, color, creed, religion, national origin, sex, age, sexual preference, political belief or disability. Nothing in this Agreement shall be construed as a barrier to a reasonable accommodation to qualified applicants or employees with a disability, provided the Hospital provides the union with advance notice of any job assignment or other form of accommodation that may conflict with the terms of this Agreement. Such notice must be provided sufficiently in advance to afford a reasonable opportunity to discuss alternatives to the proposed accommodation. The foregoing shall not be interpreted as a waiver of any employee's rights under the Americans With Disabilities Act or other applicable state or local statute.

## ARTICLE 26

## TOOLS

    The employer will supply all tools required for use by employees on the job.

GUH00000037

## ARTICLE 27

## SNOW REMOVAL

Any employee presenting a physician's certificate stating that he is physically unable to shovel snow will not be subject either to disciplinary proceedings or to discharge as a result of such inability, notwithstanding that snow removal is a part of such employee's job description. In the event such a certificate is presented, the employer may, within its sole discretion, require an additional physical examination for the purpose of determining whether such employee is physically qualified to perform the remainder of the tasks contained in such employee's job description. Such physical examination, if required, shall be at the employer's expense.

## ARTICLE 28

## PARKING

1.    A limited number of parking spaces is available at the employer's premises for employee cars. An annual fee is required for a decal, the amount of such fee being dependent upon the location of the parking area assigned. The actual allotment of spaces available for parking is determined by the employer. The employer's parking policy will be applied equally to all staff employees. The employer will notify the union of any scheduled change in parking rates. Upon request from the union, the employer further agrees to discuss the scheduled changes with the union. Any disagreement arising out of the application of this Section shall not be subject to the provisions of Articles 22 and 23 of this Agreement.

2.    During snow emergencies declared by the employer, employees shall be provided free parking in an employer's garage.

## ARTICLE 29

## JOINT COOPERATION

1.    It shall be the responsibility of every employee to keep the employer informed of his current address and telephone number. Employer notification to an employee shall be deemed due and sufficient if made personally, by written memorandum or by registered or certified mail or telegram addressed to the employee's last known address as shown on his personal record maintained by the employer.

2.    The union may establish a Safety Committee within the bargaining unit. Although the purpose and scope of such Committee will be defined by it, such Committee should deal with the identification of unsafe conditions and the development of recommended safety procedures. The union's Safety Committee will transmit

information to the employer by means of the employer's Manager of Employee and Labor Relations.

3. (a) The Employer and the Union agree to establish a Joint Committee on Cooperation, Redesign and Training. The Committee shall consist of six (6) members. Three (3) members shall be appointed by the Union and may include bargaining unit employees and/or union representatives and three of whom are management representatives appointed by the Employer. The Committee shall meet every other month (1) to evaluate the effectiveness of existing training programs available to bargaining unit employees, (2) to recommend the offering of additional training programs, if necessary, (3) to develop a program for joint training opportunities for delegates and supervisors, and (4) to review and propose plans for the redesign of bargaining unit jobs and to make recommendations concerning the implementation of such plans, which shall be provided to the Committee as far in advance of implementation as possible. Time spent by bargaining unit members attending meetings of the Committee shall be considered time worked for purposes of compensation and overtime eligibility, and will be compensated at the employee's regular rate of pay unless overtime is necessary in accordance with Article 12 of the collective bargaining agreement. The Committee may recommend those programs or plans that a majority of its members agree upon. The Committee will strive to recommend programs and plans that promote continuous quality improvement, improve productivity, efficiency and competitiveness, and provide opportunities for bargaining unit employees to develop the skills necessary for employment retention, growth and advancement.

(b) During the term of this Agreement, the Employer shall designate at least $50,000 per year for training programs that are recommended by the Joint Committee on Cooperation, Redesign and Training. Tuition reimbursement for employees may qualify as an approved training program. Any money not spent in one year will rollover and be counted as part of the training program for the next year for the life of the Agreement.

4. If the union feels the employer has discontinued a practice in effect at the time this Agreement was signed, the union should notify the employer and request a meeting to discuss the practice in question. If both parties agree that the practice was an existing past practice, the employer will agree to reinstate such practice. Any disagreement arising out of the application of this Section shall not be subject to the provisions of Articles 24 and 25 of this Agreement.

## ARTICLE 30

## EDUCATIONAL BENEFITS

The employer agrees to continue its policy of offering tuition benefits to its employees. If the employer modifies its current educational benefits policy during the term of this Agreement, the amended educational benefits shall replace the current policy

and apply on a nondiscriminatory basis to all eligible employees, including those eligible employees in the bargaining unit.

## ARTICLE 31

## INTEGRATION AGREEMENT

This Agreement contains the complete contract between the employer and the union with respect to rates of pay, wages, hours and other conditions of employment, and can only be added to detracted from, altered, amended or modified by a document in writing, signed on behalf of the parties hereto by their duly authorized officers or representatives.

## ARTICLE 32

## SUCCESSION

Recognizing that the corporate organization of the employer may change during the life of this Agreement, the parties hereto agree that this Agreement is intended to be, and is, binding not only upon the signatories hereto but upon any successors in interest to any portion of the employer which employs bargaining unit members.

## ARTICLE 33

## SEPARABILITY

All agreements herein made are subject to applicable laws now in effect or hereafter to come into effect, and to the lawful regulations, rulings and orders of regulatory commissions or agencies having jurisdiction. If any provision of this Agreement is in contravention of the laws or regulations of the United States or of any political subdivision thereof in which this Agreement is sought to be applied, such provision shall be superseded by the appropriate provisions of such law or regulation, so long as such law or regulation remains in force and effect. All other provisions of this Agreement not affected thereby shall continue in full force and effect.

## ARTICLE 34

## EFFECTIVE DATE AND DURATION

1.    Except as otherwise stated herein, this Agreement shall be in full force and effect for the period commencing January 1, 2005, and ending December 31st, 2007. The parties hereto further agree to enter into discussions with respect to renewal of this entire Agreement no later than the ninetieth (90th) day immediately preceding the

GUH00000040

termination date hereof, and the parties commit themselves to work toward such renewal by the thirtieth (30th) day immediately preceding such termination date.

       IN WITNESS WHEREOF, the union and the employer have executed this Agreement this 3rd day of March, 2005.

**GEORGETOWN UNIVERSITY HOSPITAL**    **DISTRICT 119E-DC-Health Care Workers Union, S.E.I.U.**

By_____        By_____

86493.2

34

GUH00000041
TOTAL P.09