IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


BONITA M. BROWN,                          :
                                          :
    Plaintiff                         :
                                          :        Civil Action No. 1:06-CV-01417-
    v.                                :        (RWR)
                                          :
GEORGETOWN UNIVERSITY                     :
HOSPITAL,                                 :
                                          :
    Defendant                         :
_____


**MOTION TO ENLARGE TIME TO FILE RESPONSE**
**TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**


    **NOW COME** Bonita Brown, (hereinafter "Plaintiff"), through undersigned counsel, and move this Court for a twenty-two day enlargement to the current motion response deadline in the above-captioned matter.  In support of this motion, Plaintiff states as follows:

1. The current deadline to file a response to Defendant's Motion for Summary Judgment is March 23, 2008.

2. Plaintiff's counsel intended to request an enlargement of time before the current deadline.

3. Plaintiff's counsel contacted Defendant's counsel on March 20, 2008 and March 21, 2008 to obtain consent to enlarge time to file a response to Defendant's Motion for Summary Judgment.

4. Defendant's counsel not responded to this request as of March 21, 2008.

5. Plaintiff moves to enlarge time up to April 14, 2008.

6.  This motion is not intended for any delay or dilatory purpose.

Respectfully submitted on behalf of Plaintiff,

THE COLLINS LAW GROUP, LLC

March 21, 2008                                    _____/s/_____

Reuben B. Collins, II. Esquire

THE COLLINS LAW GROUP, LLC
P. O. Box 1857
La Plata, MD  20646
(301) 934-4366
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served, by electronic filing, this 21st

day of March, 2008 to Keith J. Harrison and Leslie J. Gogan, CROWELL & MORING, LLP, 1001

Pennsylvania Ave., N.W., Washington, DC  20004.

                                    _____/s/_____
                                    Reuben B. Collins, II, Esquire

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **BONITA M. BROWN,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **Civil Action No. 1:06-CV-01417-** |
| **v.** | : | **(RWR)** |
| | : | |
| **GEORGETOWN UNIVERSITY** | : | |
| **HOSPITAL,** | : | |
| | : | |
| **Defendant** | : | |

_____

## **ORDER**

Upon Consideration of Plaintiff's Motion to Enlarge Time to File Response to Defendant's Motion for Summary Judgment and for good cause having been shown, it is by the Court this day of _____, day of _____, 2008.

ORDERED, that the Plaintiff's motion is hereby granted.

e

_____
United States District Judge