IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONITA BROWN | : |
| Plaintiff | : |
| v. | : Case No.: 1:06cv01417-(RWR) |
| GEORGETOWN HOSPITAL | : |
| Defendant. | : |

**PLAINITIFF'S  MOTION FOR LEAVE TO LATE FILE
HER SUMMARY JUDGMENT OPPOSITION AND RESPONSE TO
DEFEDANT'S SUPPLEMENTAL MOTION**

COMES NOW, the Plaintiff, Bonita Brown, by her undersigned counsel, and respectfully moves this Court, pursuant to Federal Rules of Civil Procedure  26 (b), for Leave to enlarge the time for filing the Response Motion to Defendant's Summary Judgment motion in this matter. Plaintiff unsuccessfully sought the consent of the Defendant to file this motion on April 11 and again on April 14, 2008. As grounds for this Motion, Plaintiff states as follows:

1. This Honorable Court set March 12, 2008 as the deadline to file Dispositive motions in this case.

2. Plaintiff sought the consent of the Defendant on March 20 and 21, 2008 to file her opposition motion on April 14, 2008 due to several conflicts in undersigned counsel's schedule that made it impossible to timely file Ms. Brown's response on the due date.

3. Defendant's counsel never responded to the request for consent to file the

Extension motion and as a result Plaintiff electronically filed the extension motion without consent on March 21, 2008 seeking an extension until April 14, 2008.

4. Plaintiff and undersigned counsel did not receive this Honorable Court's Minute Order granting or even denying Plaintiff's extension motion.

5. On April 11, 2008 and again on April 14, 2008, Ms. Sophia Hollis, an associate attorney with undersigned counsel's firm made efforts to reach the Attorney for the Defendant Keith Harrison to request his consent to file a motion for leave to late file Plaintiff's response motion.

6. Mr. Harrison never responded to Plaintiff's request and as a result consent to file for leave was never obtained.

7. Undersigned counsel requested leave because he was unable to be in his office on April 14 through April 17 due to conflicts in his schedule that were related to his position as a County Commissioner for the jurisdiction of Charles County Maryland.

8. Ms. Hollis, who assists undersigned in electronically filing was also not available to be at work during that time period.

9. Plaintiff made every effort to apprise Defendant's counsel of these issues however undersigned was never given the opportunity to speak to counsel directly.

10. Plaintiff therefore opposes Defendant's supplemental motion and seeks this Honorable Court's leave to file Ms. Brown's opposition on April 21, 2008.

11. Undersigned counsel also notes that it did not receive Defendant's Rule 11 letter referenced in its supplemental motion although counsel does recall that the court

2

mentioned the idea of voluntarily dismissing at least two of causes of action in the complaint. .

12.    This short delay in filing the response would not prejudice either party in the pursuit of justice.

WHEREFORE, for the foregoing reasons, Plaintiff's counsel respectfully requests leave to file his motion on April 21, 2008.

RESPECTFULLY SUBMITTED,

_____/s/_____
Reuben B. Collins, II, Esq.  #459751
The Collins Law Group, LLC
P. O. Box 1857
La Plata, MD  20646
(301)934-4366
Attorney for Plaintiff Bonita Brown

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing  Consent Motion for Leave was both electronically transmitted and mailed, postage prepaid, this 18th day of April, 2008, to:

>    Keith Harrison, Esq.
>    Crowell & Moring, LLP
>    1001 Pennsylvania Avenue, NW
>    Washington, D.C.  20004
>    Attorney for Defendant

_____/s/_____
Reuben B. Collins, II

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BONITA BROWN  :
:
    Plaintiff :
  v. : Case No.: 1:06cv01417 (RWR)
:
GEORGETOWN HOSPITAL :
:
    Defendant. :

MEMORANDUM OF
<u>POINTS AND AUTHORITIES</u>

1.    Federal Rules of Civil Procedures 26 (b)

2.    The record herein.

                              /s/
                        Reuben B. Collins, II  Esquire

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | : | |
|---|---|---|
| BONITA BROWN | : | |
| | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:06cv01417-(RWR) |
| | : | |
| GEORGETOWN HOSPITAL | : | |
| | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

<u>ORDER</u>

Upon consideration of Plaintiff's Motion for Leave and good cause having been shown, it is by the Court this day of _____, day of _____, 08.

ORDERED, that the Plaintiff's motion is hereby granted.

_____
United States District Judge