ORIGINAL

1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3
 4      BONITA M. BROWN,                )
 5                      Plaintiff,      )
 6              vs.                     )  Case No.
 7      GEORGETOWN UNIVERSITY           )  1:06CV01417
 8      HOSPITAL,                       )
 9                      Defendant.      )
10
11
12                  -     -     -     -     -
13
14              The deposition of MICHELLE YVONNE
15      HUMPHREY was taken on Thursday, October 25,
16      2007, commencing at 1:37 p.m., at the offices of
17      Collins & Talley, LLC, 201 Centennial Avenue,
18      Suite A-2, LaPlata, Maryland, before Sally Jo
19      Bowling, Notary Public.
20                  -     -     -     -     -
21
22
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Humphrey

1   A.  There was a -- it was a performance
2   initiative when I worked in that -- at the ANC
3   in '41 where we had a Clin Tech of the Year
4   award, and there was an occasion where she
5   actually won an award.
6   Q.  I'm going to enter as an exhibit
7   Exhibit 1, a copy of the Clinical Technician of
8   the Year award.
9       (Plaintiff's Deposition Exhibit Number
10  1 was marked for identification.)
11      BY MR. COLLINS:
12  Q.  How was an employee able to receive an
13  award, a technician able to receive an award
14  like this, or what are the requirements to
15  receive this award?
16  A.  Normally, the staff nominate, the staff
17  nominate a Clin Tech.
18  Q.  And were you part of the nominating,
19  any capacity?
20  A.  I was the person who collected the
21  ballots.
22  Q.  And when were the ballots collected?

Humphrey

1   didn't return after this incident.
2        Q.   And she did not return based on action
3   by Georgetown University or --
4        A.   You would have to ask her that.
5        Q.   Or at her own volition?
6        A.   I have no idea, you would have to ask
7   her.
8        Q.   She was not, in fact, asked to leave
9   the premises on November the 3rd?
10              MS. HOGAN:  Objection, asked and
11  answered.
12              THE WITNESS:  She was escorted off the
13  premises for refusing to meet with me on this
14  incident.
15              BY MR. WILKIN:
16       Q.   No, that's different from what you said
17  earlier.  So, in other words, she was asked to
18  leave the premises?
19              MS. CRANE:  Same objection.
20              THE WITNESS:  No, I said that she was
21  escorted off the premises, because she failed to
22  meet with me.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1   A.  When I lent her some money.
2   Q.  And what was the purpose of you lending
3   her money?
4   A.  Because her car has been impounded
5   because she had all these tickets and she
6   couldn't get to work, she wasn't about to pay
7   the fine to get her car out of the impound, so I
8   lent her some money to get her car out.
9   Q.  Were there any other employees at the
10  shop that you lent money to?
11  A.  Yeah.
12  Q.  Did Bonita Brown ever go to your home?
13  A.  Nope.
14  Q.  Have you ever been over or did you ever go
15  to Bonita Brown's home?
16  A.  Nope.
17  Q.  Just a last few questions I have
18  regarding. Do you recall ever making a
19  statement, or I would have to a staff meeting,
20  regarding or using a term, it's a "cultural
21  thing?"
22  A.  Yes.

Humphrey

1    Q.   And what did you mean by that?
2    A.   We were having a conversation because
3  the atmosphere in the unit was -- was not
4  conducive to a working environment, and I was
5  explaining that in some cultures, if you beckon
6  somebody with your -- four fingers, I don't know
7  what the official term is, but that is -- that
8  is offensive to some cultures, just like if you
9  flick your tongue, that's offensive. And I
10 said, you know, that's a cultural thing that we
11 have to be mindful that we're all from different
12 cultures, so please be mindful when you're
13 addressing people, because it's easy to offend
14 other cultures. That's how that conversation
15 came about.
16   Q.   Was that in a unit meeting?
17   A.   It was.
18   Q.   Do you recall approximately when that
19 meeting occurred?
20   A.   I don't recall.
21   Q.   Did the attendees of that meeting, was
22 there any feedback you received during the

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555