## AGREEMENT

Made and entered into as of this first day of January 1, 2005 by and between Georgetown University Hospital ("the employer" and District 1199E-DC, Health Care Workers Union, S.E.I.U. ("the union").

### WITNESSETH

WHEREAS, the employer recognizes the union as the exclusive collective bargaining representative for the employees covered by this Agreement ("the employees"); and

WHEREAS, it is the intent and purpose of the parties hereto that this Agreement promote and improve the mutual interests of the employer and of the employees, avoid interruptions and interferences with the services to the employer and set forth herein their agreement covering rates of pay, hours of work and conditions of employment,

NOW THEREFORE, in consideration of the mutual covenants herein contained, the parties agree as follows:

## ARTICLE 1

### DEFINITIONS

Except as otherwise herein defined or except as the context herein may require a different meaning, the following definitions shall apply throughout this Agreement.

1. <u>Bargaining Unit</u>: The bargaining unit covered by the Agreement shall consist of employees working for the employer in the job classifications set forth in Appendix A hereof (such Appendix being specifically made a part of this Agreement), and such employees included by the National Labor Relations Board in Case No. 5-RC-11061. Any newly created classification which would be included in accordance with the expressed intent of NLRB Case 5-RC-11061 shall be included. In the event a newly created classification causes an unresolved dispute between the union and the employer, the issue will be submitted to arbitration in accordance with Article 23. Specifically excluded are university student employees, office clerical employees, technical employees, confidential, executive, professional and managerial employees, part-time employees who work less than sixteen (16) hours per week, guards and supervisors as defined by the National Labor Relations Act and temporary employees as defined by this Agreement.

2. <u>Employees</u>: When used in this Agreement, The word "employees" means members of the bargaining unit working sixteen (16) hours per week or more.

3. <u>Regular part-time employees</u>: Those employees employed for sixteen (16) hours per week or more but less than full time.

1

GUH0000008

# ARTICLE 20

## MANAGEMENT RIGHTS

1. All management functions, rights and responsibilities which the employer has not expressly modified or restricted by a specific provision of this Agreement are retained and vested exclusively in the employer. More specifically, and without limiting the generality of the foregoing, the employer retains the exclusive right generally to manage the Hospital so as to attain and maintain full operating efficiency and optimum patient care; to direct and schedule the working force; to plan, direct and control operations; to hire, promote, transfer, lay off and recall employees to work, to determine the number of employees, departmental organization and the duties to be performed, to reprimand, suspend, discharge or otherwise discipline employees for cause; to establish and administer policies and procedures relating to patient care; to introduce new or improved methods, equipment and facilities; to make rules, regulations, policies and practices not inconsistent with the terms of this Agreement; and otherwise generally to manage the facilities of the employer so as to attain and maintain full operating efficiency. None of the aforesaid management rights shall be exercised in an unreasonable manner.

2. The union agrees to cooperate with the employer to attain and maintain full efficiency in its operation and the employer agrees to receive from the union constructive suggestions, which the employer shall, in its sole discretion, consider

3. Without in any way restricting the employer's rights as set forth in Section 1 of this Article (including the right to subcontract) or subjecting the exercise of any such rights to the provisions of any other Article in this Agreement, in the event the employer decides to subcontract work done by bargaining unit employees, which will result in a layoff, the employer agrees to give the union two (2) months advance notice thereof. The employer further agrees to make a sincere effort to place any employee affected by such layoff, first in a position within the unit for which such employee is qualified, or second, in a position outside the unit for which he is qualified and which he is willing to accept. If the employer is unable to make such placement, such employee will receive six (6) months severance pay upon layoff. In implementing this section, the provisions of Article 8, Section 1 will apply. If an employee receives such severance under this provision, the employee shall not be eligible for the severance provided under Article 8, Section 2 of this Agreement.

# ARTICLE 21

## DISCHARGE AND PENALTIES

1. The employer shall have the right to discipline any employee for cause. Such discipline may include discharge, suspension, suspension for investigation and written warning. An employee, upon request, has the right to have a union delegate

present when being discharged or during the issuance of an official warning or suspension.

2. The employer will notify the union in writing of any discharge or suspension within two (2) business days from the time of such discharge or suspension. If the union desires to contest the discharge or suspension, it shall give written notice thereof to the employer within fourteen (14) days from the date of receipt of notice of discharge or suspension. In such event, the dispute shall be submitted and determined under the grievance and arbitration procedure hereinafter set forth, however commencing at Step 2 of the grievance machinery.

3. The employer agrees that no Employee Notice (written warning or suspension) more than twelve (12) months old will be used in any disciplinary proceeding.

4. All time limits herein specified shall be deemed to exclude Hospital holidays.

5. To be considered valid, an Employee Notice (written warning) must be issued within ten (10) work days following the conduct alleged or within ten (10) work days following the employer's first knowledge of such conduct, whichever date is later.

## ARTICLE 22

## GRIEVANCE PROCEDURE

1. A grievance shall be defined as any dispute between the parties hereto concerning the interpretation, application, performance or any alleged breach of any provision of this agreement, and shall be processed and disposed of in the following manner:

**Step 1.** Within twenty-one (21) days of the occurrence of the event complained of, an employee having a grievance or his union delegate shall present such grievance orally to his immediate supervisor. The date of filing the grievance shall be recorded on a form provided by the employer. The employer shall give its answer to the employee and his union delegate within seven (7) days after the presentation of such grievance. If a union representative notifies his employer that he wishes to participate in Step 1, the grievance shall be immediately considered at Step 2 and processed in accordance with Step 2 procedures.

**Step 2.** If the grievance is not settled in Step 1, the grievance may, within twenty-one (21) days after the answer in Step 1, be presented in Step 2. A grievance shall be presented in this Step by the aggrieved employee or his union delegate or other union representative to the Manager of Employee and Labor Relations, the

appropriate Vice President, or their designees. Such grievance shall be in writing and signed by the aggrieved employee and his union delegate. The Manager of Employee and Labor Relations, or his designee, shall render a decision in writing within fourteen (14) days after the presentation of the grievance in this Step. The decision shall be provided to the union delegate and to the union at the union office.

Failure on the part of the employer to answer a grievance at any step shall not be deemed acquiescence thereto, and the union may proceed to the next step.

Anything to the contrary herein not withstanding, a grievance concerning a discharge or suspension may be presented initially at Step 2 in the first instance, within the time limits specified in Section 2 of Article 21.

Without waiving its rights, a grievance on behalf of the employer may be presented initially at Step 2 by notice in writing addressed to the union at its offices.

2. All time limits herein specified shall be deemed to be exclusive of applicable holidays as defined in Article 14 hereof.

3. A grievance which affects a substantial number or class of employees, and which the employer representative designated in Step 1 lacks authority to settle, may initially be presented at Step 2 by the union representative. Such grievances shall be presented within twenty-one (21) days of the occurrence of the event or events complained of. This time limitation may be waived by mutual agreement between the employer and the union.

4. All grievances shall be presented within the time limitations contained herein or they shall be considered waived. Unless a grievance is appealed with in the time limitations contained herein after the employer's answer in each step (unless otherwise extended by mutual agreement) such grievance shall be conclusively deemed to have been settled in accordance with such answer. Such answer shall be final and binding upon the aggrieved employee or employees and the Union.

## ARTICLE 23

## ARBITRATION

1. Any grievance concerning the interpretation, application or alleged breach of any specific provision of this Agreement that has been properly processed through the grievance procedure as set forth in Article 22 of this Agreement, and has not been settled at the conclusion thereof may be taken to arbitration by the union by serving written notice thereof within fourteen (14) days after the employer's answer at Step 2 of the said grievance procedure. Within forty-five (45) days after having served such written notice, the union shall file a formal demand for arbitration. If the union fails to serve such notice on the employer or to file such demand for arbitration within these time

limitations, it shall be deemed to have waived the arbitration and the grievance shall be considered settled. No individual employee shall have the right to invoke this arbitration procedure. The time limitation set forth herein may be waived by mutual agreement between the employer and the union.

  2. If the union and the employer are unable to agree upon the selection of an arbitrator within seven (7) days after the union's notice of appeal to arbitration, they shall jointly request the American Arbitration Association to furnish a list of no less than five (5) arbitrators, one of whom may be designated to act as arbitrator in accordance with the rules of the American Arbitration Association.

  3. The jurisdiction and authority of the arbitrator of the grievance and his opinion and award shall be confirmed exclusively to the specific provision or provisions of this Agreement at issue between the union and the employer. He shall have no authority to add to, alter, amend, or modify any provision of this Agreement, including the Appendices hereto. The arbitrator shall not hear or decide more than one grievance without the mutual consent of the employer and the union. The award in writing of the arbitrator, if within his jurisdiction and authority as specified in this Agreement, shall be final and binding upon the aggrieved employee or employees, the union and the employer.

  4. The union and the employer shall each bear its own expenses in these arbitration procedures, except that they shall share equally the fee and other expenses of the arbitrator in connection with the grievance submitted to him.

  5. The union and the employer agree to an expedited arbitration procedure in the event of discharge.

## ARTICLE 24

## NO STRIKES OR LOCKOUTS

  1. For the duration of this Agreement, the union shall not engage in or support any walkout, strike, boycott or other form of concerted interference which affects the operation of the employer. Inciting or inducing any such activity shall constitute cause for suspension or discharge under this Agreement. Should such a walkout, strike, boycott or form of concerted interference or interruption of the operations of the employer occur, within twenty-four (24) hours of a request by the employer, the union shall:

  (a) Publicly disavow such action by the employees;

  (b) Notify employees of its disapproval of such action and instruct such employees to cease such actions and return to work immediately;