IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONITA BROWN | : |
|     Plaintiff | : |
|     v. | :   Case No.: 1:06cv01417-(RWR) |
| GEORGETOWN HOSPITAL | : |
|     Defendant. | : |

**PLAINITIFF'S SHOW CAUSE MOTION AND RESPONSE TO MOVE TO STRIKE**

COMES NOW, the Plaintiff, Bonita Brown, by her undersigned counsel, and respectfully moves this Court, pursuant to the Federal Rules of Civil Procedure, to allow as part of the record Plaintiff's Response Motion to Defendant's Summary Judgment motion in this matter filed on May 08, 2008. As grounds for this Motion, Plaintiff states as follows:

1. This Honorable Court set March 12, 2008 as the deadline to file Dispositive motions in this case.

2. Plaintiff sought the consent of the Defendant on March 20 and 21, 2008 to file her opposition motion on April 14, 2008 due to several conflicts in undersigned counsel's schedule that made it impossible to timely file Ms. Brown's response on the due date.

3. Defendant's counsel never responded to the request for consent to file the Extension motion and as a result Plaintiff electronically filed the extension motion without consent on March 21, 2008 seeking an extension until April 14, 2008.

4. Plaintiff and Undersigned counsel did not receive this Honorable Court's Minute Order granting or even denying Plaintiff's extension motion to file on April 14, 2008 before it made it's request.

5. On April 11, 2008 and again on April 14, 2008, Ms. Sophia Hollis, an associate attorney with undersigned counsel's firm made efforts to reach the Attorney for the Defendant, Keith Harrison to request his consent to file a motion for leave to late file Plaintiff's response motion.

6. Mr. Harrison never responded to Plaintiff's request and as a result consent to file for leave was never obtained.

7. Undersigned counsel requested leave because he was unable to be in his office on April 14 through April 17 due to conflicts in his schedule that were related to his position as a County Commissioner for the jurisdiction of Charles County Maryland.

8. Ms. Hollis, who assists undersigned in electronically filing was also not available to be at work during that time period.

9. Plaintiff made every effort to apprise Defendant's counsel of these issues however undersigned was never given the opportunity to speak to counsel directly.

10. Plaintiff filed her request for leave on April 18, 2008 without the verbal consent or opposition of the Defendant and without an order in place granting the originally filed March 21, 2008 motion for an extension until April 14, 2008.

11. Undersigned counsel did not view the court's May 05, 2008 minute order granting leave to file on April 18, 2008 until May 06, 2008.

12. Undersigned who was not in his office at the time due to previously scheduled Charles County local government proceedings directed Debborah Collins from his office to contact the chambers of Judge Roberts.

13. Ms. Collins spoke to "Dara" a law clerk at approximately 11:00 am on May 06, 2008 to convey the message that undersigned had just received the minute order and would not be in his office until May 08, 2008.

14. Dara the law clerk emphasized that she would convey the message to Judge Roberts however she did make clear that the filing was late and she was not sure about his honor's response.

15. Undersigned counsel filed the motion on May 08, 2008, two days after receiving this Honorable Court's minute order granting Plaintiff's April 18, 2008 leave motion.

16. Undersigned filed her opposition motion as soon as it was possible to do so upon receiving direction of the court in the form of a motion granting the request.

WHEREFORE, for the foregoing reasons, Plaintiff's counsel respectfully requests that this honorable court accept as part of the record Ms. Brown's May 08, 2008 response.

RESPECTFULLY SUBMITTED,

_____/s/_____
Reuben B. Collins, II, Esq.  #459751
The Collins Law Group, LLC
P. O. Box 1857
La Plata, MD  20646
(301)934-4366
Attorney for Plaintiff Bonita Brown

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Leave was both electronically transmitted and mailed, postage prepaid, this 28th day of May, 2008, to:

>Keith Harrison, Esq.
>Crowell & Moring, LLP
>1001 Pennsylvania Avenue, NW
>Washington, D.C. 20004
>Attorney for Defendant

                                                                                    /s/
                                                                    Reuben B. Collins, II

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONITA BROWN : | |
| Plaintiff : | |
| v. : | Case No.: 1:06cv01417 (RWR) |
| GEORGETOWN HOSPITAL : | |
| Defendant. : | |

MEMORANDUM OF
<u>POINTS AND AUTHORITIES</u>

1.   The record herein.


　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　Reuben B. Collins, II  Esquire

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| BONITA BROWN | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:06cv01417-(RWR) |
| GEORGETOWN HOSPITAL | : | |
| Defendant. | : | |

ORDER

Upon consideration of Plaintiff's Motion for Leave and good cause having been shown, it is by the Court this day of _____, day of _____, 08.

ORDERED, that the Plaintiff's motion is hereby granted.

_____
United States District Judge

6